CR 19 102

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

IRIZARRY, CH.J.

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| JOSE CARLOS GRUBISICH | ) | |
| | ) | |
| | ) | GOLD, M.J. |
| Defendant | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JOSE CARLOS GRUBISICH,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to violate the Foreign Corrupt Practices Act, bribery provisions (Title 15, United States Code, Sections 78dd-1, 78ff(a) and 78ff(c)(2)(a)), in violation of Title 18, United States Code, Section 371; Conspiracy to violate the FCPA books and records provisions (Title 15, United States Code, Sections 78m(b)(2)(A), 78m(b)(5) and 78ff(a)) and failure to certify financial reports (Title 18, United States Code, Sections 1350(c)(1) and (2)), in violation of Title 18, United States Code, Section 371; Conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h).

Date:  02/27/2019

s/Steven L. Tiscione
*Issuing officer's signature*

City and state:   Brooklyn, New York

The Honorable Steven L. Tiscione
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____ Weight: _____

Sex: _____ Race: _____

Hair: _____ Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____