# CRIMINAL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | **Magistrate Judge Steven M. Gold** |
| **DATE** | **November 27, 2019** |
| **TIME:** | **10:00 a.m.** |
| **DOCKET NUMBER(S):** | **CR 19-102 (RJD)** |
| **NAME OF CASE(S):** | **USA v. Grubisich** |
| **FOR PLAINTIFF(S):** | **Nestor and Smith** |
| **FOR DEFENDANT(S):** | **Kim and Ross for and with defendant** |
| **INTERPRETER:** | **N/A** |
| **FTR/COURT REPORTER:** | **10:02-10:28** |

**BAIL HEARING RULINGS:**

**Application for pretrial release is denied without prejudice to present a renewed application supported by more substantial security and additional suretors as stated on the record.**