# CRIMINAL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | **Magistrate Judge Steven M. Gold** |
| **DATE** | **December 12, 2019** |
| **TIME:** | **11:00 a.m.** |
| **DOCKET NUMBER(S):** | **CR 19-102 (RJD)** |
| **NAME OF CASE(S):** | **USA v. Grubisich** |
| **FOR PLAINTIFF(S):** | **Julia Nestor** |
| **FOR DEFENDANT(S):** | **Edward Kim and Henry Laurence Ross** |
| **INTERPRETER:** | **Maristela Verastegui (Interpretering for suretor)** |
| **NEXT CONFERENCE(S):** | **N/A** |
| **FTR/COURT REPORTER:** | **11:10-11:25; 11:31-11:40; 11:41-11:47; 11:57-12:12** |

## BAIL HEARING RULINGS:

**Defendant Grubisich present.**

**Conditions of release set. Four suretors were sworn, advised of their responsibilities, and signed a bond.**

**The Court retains the original bond.**

**Counsel shall contact the Court to schedule further proceedings when the conditions of bond are satisfied.**