# KRIEGER KIM & LEWIN LLP

500 Fifth Avenue  
New York, NY 10110

Telephone: (212) 390-9550  
www.KKLllp.com

January 28, 2020

<u>By ECF</u>

The Honorable Steven M. Gold  
United States Magistrate Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

      Re:    *United States v. Jose Carlos Grubisich*, 19 Cr. 102 (RJD)

Dear Judge Gold:

      We represent Mr. Jose Carlos Grubisich in the above-captioned case. In response to the Court's request during today's conference, we attach to this letter: (i) a declaration signed by Mr. Luiz Carlos Andrezani, Brazilian counsel for Mr. Grubisich, as Exhibit A; (ii) proposed restraining orders to which paragraph (6) has been added to require notice to the U.S. Department of Justice of any challenge raised in the Brazilian courts, as Exhibits B and C; and (iii) the proposed request letter that we attached to our January 21, 2020 letter, as Exhibit D.

      We respectfully request that the Court so order the proposed restraining orders and sign the request letter.

      Respectfully submitted,  
      KRIEGER KIM & LEWIN LLP

By: _____  
      Edward Y. Kim  
      Henry L. Ross

Encls.

cc:    AUSA Alixandra Smith  
      AUSA Julia Nestor  
      Assistant Chief Lorinda Laryea  
      Trial Attorney Leila Babaeva