# CRIMINAL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | **Magistrate Judge Steven M. Gold** |
| **DATE** | **January 28, 2020** |
| **TIME:** | **2:30 p.m.** |
| **DOCKET NUMBER(S):** | **CR 19-102 (RJD)** |
| **NAME OF CASE(S):** | **USA v. Grubisich** |
| **FOR PLAINTIFF(S):** | **Nestor, Smith, Laryea and Babaeva** |
| **FOR DEFENDANT(S):** | **Kim and Ross** |
| **INTERPRETER:** | **N/A** |
| **NEXT CONFERENCE(S):** | **N/A** |
| **FTR/COURT REPORTER:** | 2:33-2:49 |

## TELEPHONE CONFERENCE RULINGS:

**The appearance of the defendant is waived.**

**The issues raised by defendant's letter dated January 21, 2020, Dkt. 26, and the government's response dated January 24, 2020, Dkt. 27, were discussed.**

**Defendant will promptly submit a declaration of Brazilian counsel or a similar document affirming the representations in his letter and discussed on the record today, as well as proposed orders revised in the manner discussed today.**