

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AES:JN  *271 Cadman Plaza East*
F. #2019R00102  *Brooklyn, New York 11201*

March 27, 2020

<u>By Email and ECF</u>

Edward Y. Kim
KRIEGER KIM & LEWIN LLP
500 Fifth Avenue, 34th Floor
New York, NY 10110
212.390.9555
edward.kim@KKLllp.com

      Re:    <u>United States v. Jose Carlos Grubisich</u>
             <u>Criminal Docket No. 19-102 (RJD)</u>

Dear Mr. Kim:

      Enclosed please find documents in response to your letters dated January 31, 2020 and March 7, 2020, regarding whether the government intends to rely upon 18 U.S.C. § 3292 to assert that the relevant statute of limitations periods for any of the offenses charged in the indictment in this matter were suspended for any period of time. As stated in our February 26, 2020 letter response, the government's position is that each of the charged offenses is within the relevant statute of limitations periods, but the government did obtain tolling orders pursuant to 18 U.S.C. § 3292 and is seeking limited unsealing orders as to those applications and orders. Of course, in the alternative, the government may rely on orders obtained pursuant to 18 U.S.C. § 3292 for the charges in the above-captioned indictment.

      Enclosed please find an application, declaration and applicable orders, along with relevant attachments, including a Mutual Legal Assistance Request to Brazil, bates-numbered DOJ-JCG10-49, obtained in the Eastern District of Virginia on June 30, 2016.

We are working on authorization to produce the other 18 U.S.C. § 3292 documents.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By: /s/ Alixandra E. Smith
Alixandra E. Smith
Julia Nestor
Assistant U.S. Attorneys
(718) 254-7000

ROBERT ZINK
Chief, Fraud Section
Criminal Division
U.S. Dept. of Justice

By: /s/
Lorinda Laryea, Assistant Chief
Leila Babaeva, Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
(202) 353-3439

Enclosures

cc: Clerk of the Court (RJD) (by ECF) (without enclosures)