

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AES:JN  
F. #2019R00102

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 11, 2020

<u>By Email and ECF</u>

Edward Y. Kim
KRIEGER KIM & LEWIN LLP
500 Fifth Avenue, 34th Floor
New York, NY 10110
212.390.9555
edward.kim@KKLllp.com

        Re:    United States v. Jose Carlos Grubisich
              <u>Criminal Docket No. 19-102 (RJD)</u>

Dear Mr. Kim:

      Enclosed please find additional documents in response to your letters dated January 31, 2020 and March 7, 2020, regarding whether the government intends to rely upon 18 U.S.C. § 3292 to assert that the relevant statute of limitations periods for any of the offenses charged in the indictment in this matter were suspended for any period of time.

Enclosed please find applications, declarations, applicable orders and relevant attachments, including Mutual Legal Assistance Requests, bates-numbered DOJ-JCG3015-3290, obtained in the Eastern District of New York.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By: /s/ Alixandra E. Smith
Alixandra E. Smith
Julia Nestor
Assistant U.S. Attorneys
(718) 254-7000

ROBERT ZINK
Chief, Fraud Section
Criminal Division
U.S. Dept. of Justice

By: /s/
Lorinda Laryea, Assistant Chief
Leila Babaeva, Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
(202) 353-3439

Enclosures

cc: Clerk of the Court (RJD) (by ECF) (without enclosures)