UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------ X
                                                        :

UNITED STATES OF AMERICA       :

                                                        :      No. 19 Cr. 102 (RJD)

              v.                           :

JOSE CARLOS GRUBISICH,        :

                   Defendant.     :

------------------------------------------------ X

## NOTICE OF MOTIONS TO DISMISS THE INDICTMENT AND TO COMPEL PRODUCTION OF A BILL OF PARTICULARS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Defendant Mr. Jose Carlos Grubisich will move this Court, before the Honorable Raymond J. Dearie, United States District Judge, at the Theodore Roosevelt United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, for an Order dismissing the Indictment and compelling the government to file a bill of particulars. Oral argument will be held on a date and at a time to be designated by the Court.

Dated:   June 22, 2020
             New York, New York

Respectfully submitted,

By:  /s/ Edward Y. Kim

KRIEGER KIM & LEWIN LLP
500 Fifth Avenue, 34th Floor
New York, New York 10110
Tel.: (212) 390-9550
Edward.Kim@KKLllp.com
Henry.Ross@KKLllp.com

BRACEWELL LLP
1251 Avenue of the Americas, 49th Floor
New York, New York 10020
Tel.: (212) 508-6100
Paul.Shechtman@Bracewell.com

*Attorneys for Jose Carlos Grubisich*