# KRIEGER KIM & LEWIN LLP

500 Fifth AvenueTelephone: (212) 390-9550
New York, NY 10110www.KKLllp.com

January 6, 2021

<u>By ECF</u>

The Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:*United States v. Jose Carlos Grubisich*, 19 Cr. 102 (RJD)

Dear Judge Dearie:

We write on behalf of Mr. Jose Carlos Grubisich to respectfully request the adjournment of the telephonic status conference currently scheduled for tomorrow, January 7, 2021. The government consents to this request, and the parties jointly request that the conference be adjourned for approximately 30 days.

During the last status conference on November 9, 2020, the Court excluded time under the Speedy Trial Act until July 19, 2021. *See* November 9, 2020 Minute Entry.

Respectfully submitted,

By:/s/ Edward Y. Kim

KRIEGER KIM & LEWIN LLP
500 Fifth Avenue, 34th Floor
New York, New York 10110
Tel.: (212) 390-9550
Edward.Kim@KKLllp.com
Henry.Ross@KKLllp.com

BRACEWELL LLP
1251 Avenue of the Americas, 49th Floor
New York, New York 10020
Tel.: (212) 508-6100
Paul.Shechtman@Bracewell.com

*Attorneys for Jose Carlos Grubisich*

cc:All counsel of record