# KRIEGER KIM & LEWIN LLP

500 Fifth Avenue  
New York, NY 10110

Telephone: (212) 390-9550  
www.KKLllp.com

March 18, 2021

<u>By ECF</u>

The Honorable Raymond J. Dearie  
United States District Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

    **Re:** *United States v. Jose Carlos Grubisich*, 19 Cr. 102 (RJD)

Dear Judge Dearie:

  We write on behalf of Mr. Jose Carlos Grubisich to respectfully request that the Court allow the parties until on or before March 23, 2021 to advise the Court regarding the status of the case and to make a request for the scheduling of a status conference or other hearing. The government consents to this request. The parties remain engaged in discussions regarding a potential resolution of this case and expect to be in a position to provide an update to the Court early next week.

  On March 4, 2021, the Court adjourned *sine die* the status conference scheduled for March 5 and ordered the parties to provide an update on the status of the case by March 15. *See* March 4, 2021 Electronic Order. In written correspondence, the parties and Court personnel subsequently agreed to extend that deadline. During the last status conference on November 9, 2020, the Court excluded time under the Speedy Trial Act until July 19, 2021. *See* November 9, 2020 Minute Entry.

             Respectfully submitted,

         By:  /s/ Edward Y. Kim

         KRIEGER KIM & LEWIN LLP  
         500 Fifth Avenue, 34th Floor  
         New York, New York 10110  
         Tel.: (212) 390-9550  
         Edward.Kim@KKLllp.com  
         Henry.Ross@KKLllp.com

         BRACEWELL LLP  
         1251 Avenue of the Americas, 49th Floor  
         New York, New York 10020  
         Tel.: (212) 508-6100  
         Paul.Shechtman@Bracewell.com

         *Attorneys for Jose Carlos Grubisich*

cc:  All counsel of record