**KRIEGER KIM & LEWIN** LLP

500 Fifth Avenue
New York, NY 10110

Telephone: (212) 390-9550
www.KKLllp.com

March 29, 2021

<u>By ECF</u>

The Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

     Re:  *United States v. Jose Carlos Grubisich*, 19 Cr. 102 (RJD)

Dear Judge Dearie:

  We write on behalf of Mr. Jose Carlos Grubisich to respectfully request that the Court schedule an in-person plea hearing on April 15, 2021 at 11:00 a.m. The government joins in this request.

  There are no status conferences currently scheduled in this case. During the last status conference on November 9, 2020, the Court excluded time under the Speedy Trial Act until July 19, 2021. *See* November 9, 2020 Minute Entry.

           Respectfully submitted,

         By:  /s/ Edward Y. Kim

         KRIEGER KIM & LEWIN LLP
         500 Fifth Avenue, 34th Floor
         New York, New York 10110
         Tel.: (212) 390-9550
         Edward.Kim@KKLllp.com
         Henry.Ross@KKLllp.com

         BRACEWELL LLP
         1251 Avenue of the Americas, 49th Floor
         New York, New York 10020
         Tel.: (212) 508-6100
         Paul.Shechtman@Bracewell.com

         *Attorneys for Jose Carlos Grubisich*

cc:  All counsel of record