# KRIEGER KIM & LEWIN LLP

500 Fifth Avenue  
New York, NY 10110

Telephone: (212) 390-9550  
www.KKLllp.com

July 13, 2021

<u>By ECF</u>

The Honorable Raymond J. Dearie  
United States District Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

    Re: *United States v. Jose Carlos Grubisich*, 19 Cr. 102 (RJD)

Dear Judge Dearie:

  We write on behalf of Mr. Jose Carlos Grubisich to respectfully request an adjournment of the sentencing hearing currently scheduled for August 5, 2021, and of the filing deadlines for all sentencing-related submissions, in order to allow the parties additional time to prepare for the hearing. The government does not object to this request.

          Respectfully submitted,

      By:  /s/ Edward Y. Kim

         KRIEGER KIM & LEWIN LLP  
         500 Fifth Avenue, 34th Floor  
         New York, New York 10110  
         Tel.: (212) 390-9550  
         Edward.Kim@KKLllp.com  
         Henry.Ross@KKLllp.com

         BRACEWELL LLP  
         1251 Avenue of the Americas, 49th Floor  
         New York, New York 10020  
         Tel.: (212) 508-6100  
         Paul.Shechtman@Bracewell.com

         *Attorneys for Jose Carlos Grubisich*

cc:  All counsel of record