*United States v. Jose Carlos Grubisich*, 19 Cr. 102 (RJD)

Index of Defendant's Sentencing Exhibits

| Exhibit # | Author |
|---|---|
| 1 | Katia Grubisich |
| 2 | Bruno Grubisich |
| 3 | Bianca Grubisich |
| 4 | Albertina Grubisich |
| 5 | Cristina Grubisich Diarcadia |
| 6 | Aloir Pereira |
| 7 | Ana Sayonara Pereira |
| 8 | Helio Pereira |
| 9 | Tania Belisario |
| 10 | Jeferson Pereira |
| 11 | Rodrigo Pereira |
| 12 | Fernando Pereira |
| 13 | Luzia Gomes |
| 14 | Gisele Kaltenbacher |
| 15 | Evandro de Souza |
| 16 | Liliane Kelsey |
| 17 | Mariangela Gianfratti |
| 18 | Angel Campos |
| 19 | Aloisio Reis Filho |
| 20 | Luciana Ferrari |
| 21 | Gustavo Sergi |
| 22 | Carlos Alves |
| 23 | Nery da Silva |
| 24 | Jayme Bulcao |
| 25 | Genésio Couto |
| 26 | Francisco Cruz Lima |
| 27 | Josiedi da Silva |
| 28 | Ulrico Barini |
| 29 | Jean-Pierre Tirouflet |
| 30 | Carlos Marques |
| 31 | Francois Dossa |
| 32 | Cesare Masseroni |
| 33 | Maria Ligia Barnabe |
| 34 | Gilberto Nogueira |
| 35 | Francisco de Almeida |
| 36 | Aline Moreno Pereira |
| 37 | Jose Bento Ferraz |
| 38 | Antoine Pouillieute |
| 39 | Aluizio Falcao Filho |

*United States v. Jose Carlos Grubisich*, 19 Cr. 102 (RJD)

Index of Defendant's Sentencing Exhibits

| | |
|---|---|
| 40 | Cesar Gomes |
| 41 | Luis Felli |
| 42 | Maria Fagundes |
| 43 | Andre Rodrigues |
| 44 | Rodrigo Pereira |
| 45 | Arielle Brum Luft |
| 46 | Luiz De Mendonça |
| 47 | Fundacao Abrinq |
| 48 | Itamar de Paula |
| 49 | João Cesar Rando |
| 50 | Olivier Rollin |
| 51 | Fabricio Pereira |
| 52 | Alfredo Zamlutti |
| 53 | Dom Luis Santos |
| 54 | Sergio Amaral |
| 55 | Walter Cirillo |
| 56 | Zenildo Vieira |
| 57 | Daniela Corassa |
| 58 | Isidoro Gesteira |
| 59 | Ioanna Mendonça |
| 60 | Rui Chammas |
| 61 | Maurice Nahory |
| 62 | Luiz Reche |
| 63 | Avanide Batista |
| 64 | Benedito de Santana |
| 65 | Sergio Fiorin |
| 66 | Miriam Miranda |
| 67 | Luciano Dequech |
| 68 | Miguel Jorge |
| 69 | Nilton Perez |
| 70 | Fabio da Silva |
| 71 | Henry Ubersfeld |
| 72 | Afonso Santos |
| 73 | Rafael Belisario da Silva |
| 74 | Robert Davidson |
| 75 | Luiz Barros |
| 76 | Alexandre Senra |
| 77 | Jovelino Mineiro |
| 78 | Marcos De Marchi |
| 79 | Regina Genari |

*United States v. Jose Carlos Grubisich*, 19 Cr. 102 (RJD)

Index of Defendant's Sentencing Exhibits

| | |
|---|---|
| 80 | Denoyer Asencao |
| 81 | Raul Cuitait |
| 82 | Vilien Soares |
| 83 | Edson Musa |
| 84 | Eduardo Barrella |
| 85 | Edmilson Neiva |
| 86 | Fabiana Roth |
| 87 | Gustavo Correa |
| 88 | Carlos da Silva |
| 89 | Vinicius Ferreira |
| 90 | Luiz Sacchi |
| 91 | Olivier Debray |
| 92 | Jose Neto |
| 93 | Waldir de Souza |
| 94 | Paulo Nigro |
| 95 | Ana Maria Silva |
| 96 | Gonçalo Pereira |
| 97 | Paulo Trevisani |
| 98 | Marcia de Paula |
| 99 | Rizia Porto |
| 100 | Carina Santos |
| 101 | Breno Barros |
| 102 | Mario Croffi |
| 103 | Cesar da Silva |
| 104 | Luciana Pereira |
| 105 | Andre Diarcadia |
| 106 | Marcelo Stella |
| 107 | Raul Neto |
| 108 | Marcelo Novaes |
| 109 | Americo Neto |
| 110 | Francisco Costa |
| 111 | Jose Carlos Teixeira |
| 112 | Daniel Belisario da Silva |
| 113 | José Nimo |
| 114 | Luciano Luft |