

**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No.  75489 | Book No.  868 | Page No.  18 |
|---|---|---|

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

Honorable judge Raymond J. Dearie

June 2, 2021

**Re: José Carlos Grubisich**

Honorable Judge Dearie:

José Carlos and I met when we were very young, I was 18, and he was 22 years old.

Since then, we have stayed together, got married, built a home with our two children and, today, our two granddaughters, ▮▮▮ and ▮▮▮▮▮. We are very proud of the wonderful family we managed to form; it's 44 years of a lot of love, unity, respect, and a huge admiration for each other.

My husband was born in a small countryside town, in a very simple family; his parents had little education but were people who lived for work and a great desire to give their children the best education possible.

José Carlos, from a very early age, had to be combative and resilient, as he lost his father at the age of 18 and had to help his mother to take care of his sister's education, who was only 4 years old. Therefore, he had to work during the day and study at night.

He has been constantly concerned about their well-being, providing emotional and material support (house, health insurance, etc.).

In 2006, the family went through a very sad event when my mother-in-law was diagnosed with severe cancer and was saved by a miracle. I could witness with admiration the full-time care and attention that José Carlos dedicated to his mother and, unfortunately, she was diagnosed once again with new breast cancer last year. Such cancer requires a new surgery, which she refuses to undergo, as she is afraid of dying without the opportunity to meet her son again.

My husband is and has been a present, loving and caring son, and he calls his mother every day to get updates on how she is doing, assuring her that he will go back there to meet her.

José Carlos, at just 18 years old, joined one of the largest multinationals headquartered in Brazil and quickly conquered space and better positions, and through his competence, he received an offer to follow a career in other countries in Europe our children were still very young.

Those were very hard times because all the money we earned was so that we could buy a house when we returned to our country.

We changed country and residence several times, and José Carlos continued working hard, with sleepless nights and, mainly, abdication, because he couldn't always be present in his children's lives as he wanted, he couldn't be with his mother and friends as he wanted, but he always adapted our lives to be together, tried to please me and give me attention when he was at

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code ABDE-FC8C-A8FD-BC83.



**República Federativa do Brasil**

## Célia Polacow Korn
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5    INSS: 10997782649

| Translation No. 75489 | Book No. 868 | Page No. 19 |
| --- | --- | --- |

home. He was always very loving, provided an excellent education for his children, and never neglected the well-being of our family.

When we returned to Brazil, José Carlos was already considered one of the most important executives in the country, received numerous job proposals, and won the "Best Executive of the Year" award for several years in a row.

Mr. Judge Dearie, I have always admired your conduct, your personality and see in you a person of many qualities, but the greatest of all is your generous and charitable spirit.

I come from a very simple family, and as soon as we got married, even with few resources, he took one of my sisters into our home until she could settle down and get married. My older sister was widowed very early, with two small children; and José Carlos also took her in and was concerned with the moral and financial education of these children, who today have become good people, educated, and working in large Brazilian companies.

My mother died of cancer 3 years ago and was also welcomed by him in our home, in addition to taking care of expensive medicines and giving a lot of affection, but despite all the care, she couldn't resist and died.

My father, now very old, is also financially assisted by my husband to this day.

What I feel for my husband, besides the great love that has united us for so many years, is the enormous gratitude for everything he has done all his life for my family; even without having this obligation, he has never measured efforts to help the people around him.

Honorable Judge Dearie, I trust faithfully in divine justice and the justice of men, so I respectfully ask for mercy so that my husband can return to our home, visit his beloved family, and have his life back.

Thank you for your consideration,

**Katia Grubisich**

---
<u>Translator's Note:</u> Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.
---
NOTHING ELSE. *In witness whereof, I set hereunto my hand and seal.*
São Paulo, 05 de agosto de 2021
Characters No.: 3,267
Fees: R$ 326,90
Receipt No.: 75953

_____
Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001
Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code ABDE-FC8C-A8FD-BC83.

The Honorable Raymond J. Dearie

May 26, 2021

RE: José Carlos Grubisich Filho

Dear Judge Dearie,

My name is Bruno Grubisich, I am 38 years old and the eldest son of José Carlos. I have a law degree from the University of São Paulo and manage my family's livestock farms (Verdana Agropecuaria) as well as my own company which I founded in 2013 (Seleon Biotecnologia). Seleon is currently one of the leading companies for bovine insemination in Latin America.

Since my early age I have witnessed José Carlos struggle to build his career. Coming from a very humble origin, he lost his father when he was barely 18 years old. Even with all odds playing against him, this man worked honestly and consistently in order to establish a clean reputation, which he taught me is the most valuable asset in a man's life. This earned him the respect and admiration of most around him, but specially my own.

Despite being a very busy executive officer to several major multi-national companies, my father always paid a close attention to our education. Being french educated, my sister and I were constantly exposed to a multi-cultural environment and challenged intellectually. For my High School years I've applied and got accepted in one of the most prestigious schools for high achieving students in Sao Paulo. Then, my father was working for a French petrochemical company based in Paris. For almost 3 years he would fly every single weekend from France to Brazil just so that the family could remain in São Paulo and therefore I could continue my education in that institution.

Growing up with such role model to lookup to was a privilege but also a challenge. However, even when I felt that I would not be up to the task, he kept on supporting me in the quest for my goals. No matter how long and laborious the path to success would be, he was there for me with the best advice. He always told me that focus and hard honest work would be the key to succeed in my professional life.

He also taught me that, whenever one becomes successful in life he should give a share of that back to society. Over the years we have contributed to social work, first in my father's hometown and where we currently have our headquarters. But, as our operations grew and matured, we have diversified institutions and causes nationwide. Local hospitals for cancer treatment, children care institutions, nursing homes in the rural part of Brazil are in constant need and in many different ways we have always supported, either donating funds or even food supplies, bringing great relief to the local communities.

Treating everyone with the same respect and consideration as I would like to be treated with was one of his greatest precepts and by following that path, I've gathered a fantastic group of good friends who have supported me in all my endeavours.

I'll be forever grateful for those lessons and very proud of where they brought so far.

My parents are happily married for more than 39 years and never ceased to inspire my sister and I with such loving and caring relationship. This is where I got my family values

from. Their lifetime dream is that my sister and I might build our own families based on similar principles.

About two and half years ago I met a very special person who stood by me in the most sensitive moment of my life and gave me strength to keep fighting for what I believe. Thus, I have decided to ask her to marry me and build a family as beautiful as the one I was raised in.

Your honor, José Carlos has always been a lawful hardworking citizen, a devoted husband, a loving father and a heart-melted grand father. It would mean the world to my family, and specially to me to have his blessings the day I get married and to cherish his company as I start building my own family.

I humbly rely on this Court's lenience hoping to have him back to our homes and lives soon.


Respectfully,
Bruno Grubisich

Exhibit 003



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No.  75381 | Book No.  867 | Page No.  235 |
|---|---|---|

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

Honorable judge Raymond J. Dearie

**May 27, 2021**

**Re: José Carlos Grubisich**

Honorable Judge Dearie:

My name is Bianca Grubisich, and I am Mr. José Carlos Grubisich's daughter.

I am 35 years old, married to Jeferson, and the mother of ████, who is 2, and ███, who is 3 years old. I am an architect, graduated from the Belas Artes College in São Paulo.

I would like to tell you a little bit about this wonderful man. My father was born in a small town in the countryside of São Paulo. He moved to the Capital of São Paulo, still very young. Always hard-working, he built his career with great dignity.

I remember that when I was a child, my father used to work much but would always come home with a smile on his face and a lot of love.

He was always a present and caring father, concerned about our studies, and made every effort to provide the best for his children.

He always gave us opportunities and the courage to follow the best path.

He taught me to treat everyone with respect and dignity.

From my father, I learned how to be a generous person. In all these years, I was able to see the people he helped, the churches and the hospitals.

He also helped many employees, even helped to build houses for some of them and helped others with study for their children.

He also helped many colleagues who were suffering from cancer, and if someone asked for help, he was always willing to help.

He was always concerned about the community, always willing to give toys to needy children on Christmas, basic food baskets for those who were hungry.

_____
Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001
Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 40BF-1CE8-B35E-C2F8.



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5    CPF: 076 347 708-76    CCM : 9 022 076-5    INSS: 10997782649

| Translation No.  75381 | Book No.  867 | Page No.  236 |
|---|---|---|

My father, as a son, was also always present. The first time my grandmother had cancer, he insisted that she should go to the best hospital and called the best doctors. He was at the hospital all the time. In late 2020, my grandmother was diagnosed with cancer once again. At the same time, my father wanted her to start the treatment, but my grandmother is afraid of dying in the surgery, so she preferred to wait for him to come back.

He has always been a present and loving son. He calls her every day, makes sure she is comfortable. He always provided all financial and emotional support. I believe he ended up becoming a father to his mother.

Now, I want to talk about my father, the businessman.

Since I was a child, I have been very proud of him. Many times, people would come to me and tell me that they worked with him and how he taught and helped them. They talked about what an amazing person he was.

How proud he was of the awards received and the various honors.

I am sure he has made a difference in the lives of many people.

I must also mention José Carlos, the father. He is amazing, loving, and super interested.

A few years ago, when I had severe depression, he was the one who held my hand. He was always on my side and said I would get better.

When my daughters were born, there he was on my side again. Always present at my deliveries and calming me down.

My father has always been holding my hand, and that is why when he was arrested, my husband and I made the decision to move to New York with our two daughters so that we could hold my father's hand at such a difficult time.

We all live together; we support each other, we are a really close-knit family. I believe this is my father's greatest legacy.

The togetherness of our family, the amazing times we have spent together. I am grateful every day to be Katia and José Carlos' daughter and to be Bruno's sister.

Now, Mr. Judge Dearie, I want to talk about my father's best role, that of grandfather.

I wish you knew how amazing he is, how ████ and ██████ are in love with their grandfather. They find him so amazing that they call him by the superhero name: grandfather of steel.

It is with him that ██████ sleeps every day, and he also gives her the feeding bottle every day.

---

Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001
Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 40BF-1CE8-B35E-C2F8.



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5    INSS: 10997782649

| Translation No. 75381 | Book No. 867 | Page No. 237 |

He is also the one who picks ▮ up from school every day; he is the one who plays dolls with them, who does their make-up and even paints their nails.

I am sure that these precious moments are helping my daughters to understand what true love is.

For all of these reasons, I would like to ask, Mr. Judge Dearie, may Your Honor look at my father the way we do so that he can continue helping the community, the employees, and most importantly, so that he can continue participating in the lives of our daughters.

Sincerely,

**Bianca Grubisich**

-------------------------------------------------------------------------------------------------------------------------
Translator's Note: Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.
-------------------------------------------------------------------------------------------------------------------------
NOTHING ELSE. *In witness whereof, I set hereunto my hand and seal.*
São Paulo, 30 de julho de 2021
Characters No.: 3,537
Fees: R$ 353,91
Receipt No.: 75845

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 40BF-1CE8-B35E-C2F8.



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No. 75435 | Book No. 867 | Page No. 357 |

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

Botucatu, May 24, 2021.

Honorable Judge Raymond J. Dearie

My name is Albertina da Silva Grubisich; I am 83 years old, I am José Carlos Grubisich Filho's mother, I am very ill. I have hypertension, diabetes, liver thrombosis, and depression.

I got married when I was 17 years old, and soon José Carlos came along, who, despite a difficult delivery, was born very healthy, thank God. He was always a very good child, he didn't give me any trouble, and I needed to work. He was always very compliant, studious, used to get high grades at school, and was one of the best students in his class. He had a lot of friends. He became a young man and went to college in São Paulo. In order to help me, he studied at night and worked during the day. When he was 18, his father died due to a heart attack. He was in São Paulo, we suffered a lot, him, me, and my daughter Cristina, who was 4 years old. It was just the three of us. He suffered greatly with the loss of his father. He would come home every weekend to help me with the small grocery store we had. The struggle was huge, but we won, thank God. It was very hard for him to start life without his father, without that reference, but in the end, he managed to be a father to his sister and to me.

When I was 69 years old, I had to undergo intestinal surgery, and I was hospitalized for a long period in a hospital in São Paulo, where he took care of me with all the affection of a son. He is everything to me; I love him very much, I miss him very much. I hope he comes before I die. I can't wait for him to come home so that we can be together again. I am very lonely with my daughter; our family is very small. He always helps me, is a good father, very good husband, grandfather, treats his employees with a lot of respect and gratitude. He has many friends, several from his childhood, who still visited him regularly. From the education and upbringing I gave my son, I believe in his character.

Honorable Judge Dearie, please do the best for my son, please send him away; I am old and ill. Please help him, and you must have children; you know how I am suffering. Thank you, and may God Bless you,

Albertina da Silva Grubisch.

-------------------------------------------------------------------------------------------------------------------------
Translator's Note: Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.
-------------------------------------------------------------------------------------------------------------------------
NOTHING ELSE. *In witness whereof, I set hereunto my hand and seal.*
São Paulo, 03 de agosto de 2021
Characters No.: 2,113
Fees: R$ 211,43
Receipt No.: 75899

_____
Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001
Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 0C4F-9802-0C3D-93E0.



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No.  75469 | Book No.  867 | Page No.  421 |
|---|---|---|

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

Honorable Judge Raymond J. Deare

May 26, 2021

RE: José Carlos Grubisich Filho

Honorable Judge Dearie:

My name is Maria Cristina Grubisich Diarcadia; I am a dental surgeon, graduated 23 years ago from the University of Ribeirão Preto-São Paulo, married, mother of a couple of children, sister of José Carlos Grubisich Filho, and I come very respectfully to claim for the release of my only brother, who has always been a support to me and my mother. Older than me by 14 years, he was a father to me since our father passed away when I was only 4 years old. He was always a brilliant student, a wonderful son, and a brother present at all times in my life.

He was always the father I knew because our father died very early. He filled the paternal space with his brotherly and unconditional love.

My brother is everything to me. My mother is quite old and has breast cancer; she needs surgery, as she has important comorbidities, she is facing a life-threatening risk. She misses him every day, and my life has become empty without his presence here in our country and in our land. José Carlos has always been by my side: guided me and helped me with my bachelor's degree, joined me in the church for my wedding, organized the celebration, bought my house, bought my office, and helped me start my professional career, reassuring me, and giving me support so that I could work without worrying about the expenses.

Very intelligent and capable, he has worked in large companies by merits, both national and international, always demonstrating the strength of the workforce that he has always had, whether living in France or Brazil. He is incapable of harming anyone, and here in the countryside of São Paulo, where we are from, there are his actions that are worth mentioning: he has always helped people in need; when they wrote to him and asked him; never stopped helping anyone, very generous in helping needy children, sick people, and the elderly. I was happy with the initial project of an NGO aimed at the technical training of needy young people. He is a present father, always open to the wishes of his children, a loving husband, and a wonderful grandfather.

With my mother, he is amazing because he gives her a life of comfort and security. Years ago, my mother became very ill, and he insisted on taking her to São Paulo, to the Sírio-Libânes reference hospital, where she stayed for 40 days, in a private treatment paid for by him. He was present every moment, showing them the affection, dedication, and gratitude, he has for our family.

We are living waiting for him every day. So, I come to ask for my brother. Currently, I am orphaned by my father and brother, people I have had as references since my childhood.

For all these reasons, Your Honor, I ask you, from the bottom of my heart, to let my brother return to the warmth of our family, to our coexistence, to our country. I have two sons who love their uncle, who have him as an example, and also miss him very much.

Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001
Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 923F-F0BD-D43C-953B.



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No. 75469 | Book No. 867 | Page No. 422 |
|---|---|---|

I am sure that your honor has your family, your loved ones and understands how difficult it must be to live away from them. I am asking you to look carefully at my brother's case. Don't judge it only with the eyes of a Judge, but with the eyes of a husband, father, and grandfather.

With all due respect and consideration, I say goodbye, certain of your empathy and compassion.

Yours faithfully,

Maria Cristina Grubisich Diarcadia

--------------------------------------------------------------------------------------------------------------------------

Translator's Note: Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.
--------------------------------------------------------------------------------------------------------------------------

NOTHING ELSE. *In witness whereof, I set hereunto my hand and seal.*

São Paulo, 04 de agosto de 2021

Characters No.: 3,239

Fees: R$ 324,09

Receipt No.: 75933

Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001
Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 923F-F0BD-D43C-953B.

Exhibit 006



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No.  75402 | Book No.  867 | Page No.  281 |
|---|---|---|

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

The Honorable Judge Raymond J. Dearie,

May 05, 2021

Re.: José Carlos Grubisich

Dear Judge Dearie:

I am writing to show my support for Mr. José Carlos Grubisich. He is my son-in-law and I have known him well for 44 years, since he started his relationship with my daughter Katia.

"Zé", as he is affectionately called by those who know him intimately, came into my life more than 4 decades ago and, since then, our relationship has been based on mutual respect, affection, and admiration. I am witness to how much Mr. Grubisich prioritizes our family because, besides being a very intelligent and hardworking man, he has always been concerned with setting good examples of perseverance and hard work for everyone around him. My two grandchildren, Bruno and Bianca, have countless reasons to be proud of their father's honorable record of sacrifice and success.

Many times, because of our family relationship, we share moments of complicity, joy, and fun. But what almost nobody knows is that in the difficult moments when I needed a helping hand, he was also there to help me. There have been many situations in which he has helped me financially and made it possible for me to fulfill personal dreams. His generous spirit never measured efforts to provide welfare to those who are around him.

Moreover, I have always witnessed how much Mr. Grubisich is fully dedicated to his work and values people who have had a difficult path like his. To get as far as he did require him to give up, sometimes, on his time with our family, but this never stopped him from being a husband, father, and grandfather committed to setting good examples of character and honesty. Among many trips and meetings, the presence of the father of a family was always felt because he insisted on showing love even when he was distant.

I also express here my gratitude to the unique human being that Mr. José Carlos Grubisich is and for all that he represents to our family. As a father, I naturally worried about whether my daughter was happy and fulfilled in her marriage, and today I am sure that Katia could not have chosen a better partner to share her life with.

I hope that this court will show clemency and mercy in its judgment.

Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001
Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 7229-6543-5146-7A1F.



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| **Translation No. 75402** | **Book No. 867** | **Page No. 282** |
|---|---|---|

Best regards,

Aloir Rodrigues Pereira.

-----------------------------------------------------------------------------------------------------------------------------------
<u>Translator's Note:</u> Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.
-----------------------------------------------------------------------------------------------------------------------------------
NOTHING ELSE. *In witness whereof, I set hereunto my hand and seal.*
São Paulo, August 02, 2021
Characters No.: 1,464
Fees: R$ 146,49
Receipt No.: 75866

_____
Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001

Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 7229-6543-5146-7A1F.



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No.  75484 | Book No.  868 | Page No.  11 |
|---|---|---|

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

Honorable Judge Raymond J. Dearie
May 15, 2021
REF.: José Carlos Grubisich

Honorable Judge Dearie,

My name is Ana Sayonara Pereira, I am José Carlos Grubisich's sister-in-law. I am 58 years old, married to Hélio José Pereira, I have 4 children and one grandson, and I am a businesswoman.

I met José Carlos when he and my sister Katia started dating, 44 years have passed, and since then he has become a brother to me. In all this time together, I was able to witness a beautiful life story, full of struggles and much effort to study, work, help his family, get married and have a family of his own. And, with God's grace, all this effort and struggle has been transformed into a wonderful testimony of victories! Jose Carlos is a man of prayer, grateful and God-fearing, honorable, an example of a father, husband, friend, son, son-in-law, brother, brother-in-law, businessman and citizen... I can see this in the countless actions I have seen him take throughout his life, and I find it admirable that even though he has become a high executive, he has never forgotten or treated with indifference the simple friends from his childhood, the simplest people around him. On several occasions I have seen José Carlos helping these people, both emotionally and financially, be it paying for a medical treatment, a university, or organizing beautiful Christmas parties, donating gifts for the children and families, bringing joy to the lives of these simple people, giving them a little happiness.

I will be eternally grateful to him for two important moments in my life, the first was when he lovingly welcomed me into his home for months before I got married, those were difficult times, because my mother had returned to my hometown and if he hadn't welcomed me into his home, I would certainly have interrupted my studies, because I wouldn't have been able to afford to stay in São Paulo. The second, was in 2018 when my mother suddenly fell ill with pancreatic cancer and spent the last months of her life at Jose Carlos' home. She was treated by him as if she were his mother, receiving all the support, care and comfort.

Jose Carlos is of great importance in my life, in the life of our family, and of all the people around him, always very caring, concerned to welcome, guide, support, and unite us all.

I would respectfully ask that Your Excellency consider everything I have said about José Carlos, granting him a pardon, and allowing him to return to our daily lives as soon as possible. I thank you in advance.

Yours faithfully,

Ana Sayonara Pereira

-------------------------------------------------------------------------------------------------------------------------
Translator's Note: Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.
-------------------------------------------------------------------------------------------------------------------------
NOTHING ELSE. *In witness whereof, I set hereunto my hand and seal.*
São Paulo, August 05, 2021
Characters No.: 2,341
Fees: R$ 234,24
Receipt No.: 75948

_____
Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001

Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 8DB0-1ADE-B88D-A134.



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No. 74202 | Book No. 847 | Page No. 308 |
|---|---|---|

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

The Honorable Judge Raymond J. Dearie,

Re.: José Carlos Grubisich Filho.

My name is Hélio José Pereira. I am 67 years old, I was born into a humble family in the countryside of Minas Gerais, I have been married for 37 years, and I have four children. I have had the joy of knowing José Carlos for 37 years, and he is my brother-in-law.

In this letter, I would like to express all my feelings and say that despite being easy to praise a friend, Grubisich is more than a friend to me.

Grubisich has always been a constant presence in my life since the day I met him, and he was there in all stages of my life as a young man who had no money, who was born in the countryside, who came to the city to try to earn a living. He helped me with everything, even paying bills at times.

In tough times at the start of my marriage, especially when we had no money, I remember that José Carlos always called me to visit his mother's house in Itatinga, on weekends. Despite everything being simple, we always had our love and friendship, we took advantage of these moments to recharge our energies to face the city and its challenges again.

At that early point in life, we worked quite a bit. While Grubisich was on his way to becoming a successful executive, with his strong personality, he always guided and supported me so that I could become a better professional and overcome any obstacles. Over the years, his responsibilities and commitments to the position grew, but he always found time for family, friends and those in need.

Grubisich has always been a unifier, a family man who always held meetings in his house to bring us together and took time to talk and listen to what everyone had to say. He always helped me support and guide my children through their careers, helping them in the best way he could and creating opportunities for them to become successful professionals.

I have memories of immeasurable value with José Carlos. I was able to get to know the world for the first time with him, he had the patience to show me museums and cities, explain the works and the history, introduce me to new cuisines and cultures, which left a deep impression on me and helped me to become a better citizen.

I remember that on our first trips abroad, my savings did not allow for flamboyancy, and he, already having better financial conditions, insisted on staying at simpler places so that we could be together...

Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001
Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 7F8E-E80B-A0BB-47DE.



**República Federativa do Brasil**

## Célia Polacow Korn
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No. 74202 | Book No. 847 | Page No. 309 |
|---|---|---|

Something I always admired about him was that, even though he grew up and met people with a better social status, he never stopped inviting me to his events and made a point of introducing me to everyone.

A religious man who has God in his heart, who brought us together to pray and help anyone who needed his help.

I have great admiration for this man, his grit and intellectual capacity. He is someone who has never distinguished anyone by color, race, creed and financial status as he believes that everyone had to have the same opportunities to develop their potential and give their best.

With friends and admirers all over the world, in the situation he finds himself in now, the fact that everyone worries and cares for him just shows how much he is loved.

I could stay here for hours writing pages about this man, who has all the features of a man of character. A vibrant man who is able to change his country and the world with his ideals and will to win. A successful man in his professional and personal life, who always displays the union between his children, grandchildren and the love for his wife.

Your Honor, he deserves your pardon. He is a man who is sorely missed by me and by everyone who knows him. I beg you, Your Honor, allow him to return as soon as possible to his parents so that he can be with his family and friends, and to continue on his path of good deeds.

Yours sincerely,

Helio Jose Pereira

-------------------------------------------------------------------------------------------------------------------------
Translator's Note: Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.
-------------------------------------------------------------------------------------------------------------------------
NOTHING ELSE. *In witness whereof, I set hereunto my hand and seal.*
São Paulo, June 03, 2021
Characters No.: 2,816
Fees: R$ 281,77
Receipt No.: 74666

-------------------------------------------------------------
Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi – São Paulo – S.P. CEP: 01435-001
Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 7F8E-E80B-A0BB-47DE.



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No.  75411 | Book No.  867 | Page No.  296 |
|---|---|---|

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

Honorable Judge Raymond J. Dearie,

Santos, May 15, 2021

Ref.: José Carlos Grubisich

Honorable Judge Dearie:

I write this letter in support of Mr. José Carlos Grubisich. He is my brother-in-law, I have known him for 44 years, since he started his relationship with my sister Kátia Grubisich.

During all these years, he was always a very sweet, cheerful, great character, and above all very family-oriented member.

In everyone's life there are good and bad moments. Through some bad times in my life, he was there for me and was present.

I got married in 1983 and after 13 years of marriage, I became a widow, at the age of 37. From this relationship I had two children who, when their father died, were 9 and 12 years old.

During this period I found myself in a very difficult situation.

Mr. José Carlos, was for me a brother-in-law, partner, friend, who helped me a lot in the education of my children; giving support in the moral formation in the studies and giving financial support.

I would also add that my two sons, now 34 and 37 years old, have always had a lot of admiration and respect for their dear uncle.

At another very difficult and sad time in my life, I came to admire him even more.

In the year 2018 my dear and beloved mother, fell ill and after 4 months passed away, a victim of a rare cancer.

In the few months she had to live, he proved to be very special, caring for her with patience, affection and dedication. So she had an end of life feeling embraced and receiving lots of love.

I also emphasize that during her life she has always had a lot of affection and admiration for him as well. Finally, I trust God, and I hope that this court will show clemency and mercy in his sentencing.

Yours sincerely,

Tânia Mara Belisário

-------------------------------------------------------------------------------------------------------------------------------
Translator's Note: Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.
-------------------------------------------------------------------------------------------------------------------------------
NOTHING ELSE. *In witness whereof, I set hereunto my hand and seal.*
São Paulo, August 02, 2021
Characters No.: 1,824
Fees: R$ 182,51
Receipt No.: 75875

_____
Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001

Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 7126-1A59-3DD9-5757.

Honorable Judge Raymond J. Dearie

**May 20, 2021**

**Re.: José Carlos Grubisich**

Honorable Judge Dearie:

My name is Jeferson Leandro Pereira, I am a practicing attorney, with a post-graduation in Tax Law from PUC-SP (Pontifical Catholic University of São Paulo), and I am here, with all due respect, to ask for your permission to tell you a little about a person who, for me, goes beyond a family relationship between son-in-law and father-in-law.

More than that, Mr. José Carlos Grubisich, maybe even without realizing it, given his naturalness and generosity in the way he interacts with people, plays a central role in my life, a role in which he appears as a true father (father by affinity), and I am not afraid to say that this role is as much more intense or remarkable, as that played by my biological father.

Mr. Judge Dearie, I was born and raised in the City of Itatinga, a town in the interior of the State of São Paulo.

While I was still in my study/graduate phase, I remember a crucial conversation I had with Mr. José Carlos, a conversation full of good stories and examples of challenges and overcoming, both in his personal and professional life.

At that moment, I was insecure in thought about having to resign from the job I had, but I knew it would be the best decision. Between one speech and another, I commented on this fear and Mr. José Carlos simply told me: "count on me, I will support you in whatever is necessary and you will not be helpless".

I followed his worthy advice and since then Mr. José Carlos has made one contribution after another, of which, if I could describe them in detail, I would be unable to be succinct before the endless pages of his acts of kindness and compassion.

Therefore, I highlight just a few of them, but with a pang in my heart, because I would really like to demonstrate the relevance and reflections that his actions have had in my life, whether in my academic training or in my character as a person.

And it all started with my appointment for an interview for an internship position in one of the largest financial institutions in Latin America. My first interview when I arrived in the Capital of São Paulo was at Bradesco Bank, an opportunity to get to know a little more about the financial market.

At the time, I didn't even have the means to prove income to be able to rent a property in the capital, but José Carlos made himself available to me to guarantee my first rental contract for a small apartment near where I studied. Yes, this man agreed to be my guarantor on a lease contract that at the time was so insignificant, so negligible in value compared to the tight schedule of commitments that an executive has, but he still stopped everything just to sign that contract.

And there was more! About to end my internship contract with Bradesco Bank, Mr. Jose Carlos got another interview for me. This time, in a respected law firm, where I worked for six years, until I migrated again to another financial institution.

All of the above, Mr. Judge Dearie, was at an early stage of my professional life, being Mr. Jose Carlos would have no reason to do so much for me if it were not for something intrinsic to his personality, to always do good for others!

I have only gratitude and affection for Mr. José Carlos, for everything he has done and still that he is a good man and totally family oriented. Your Honor, I open a quick parenthesis to say that there is not a single weekend that Mr. José Carlos has spent time away from his family, there is no individual outing for him, always together, with outings shared by all, and this is more than admirable, an example of human being.

I therefore ask you, Mr. Judge Dearie, leniency and generosity in the decision of this respected Court.

Yours faithfully,

Jeferson Pereira

Exhibit 011



## República Federativa do Brasil

## Célia Polacow Korn
### Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No.  74501 | Book No.  852 | Page No.  284 |
|---|---|---|

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

Honorable Judge Raymond J. Dearie,

My name is Rodrigo José Pereira; I am the nephew and godson of Mr. José Carlos Grubisich and Mrs. Katia Grubisich, my mother's sister.

I remember all the moments I spent with my beloved godfather, from the beginning of my life to the present day, and even though I am physically far away, my great godfather has never ceased to be part of my daily life.

I have lived special moments beside him, which have shaped me as a man and which I carry affectionately in my heart, and so I would like humbly to share them with Your Honor.

One of the most striking moments I lived next to José Carlos Grubisich was on my ninth birthday. My family always liked to celebrate any date together. On this particular day, even though it was a normal day of work and my uncle, at the time, was already a great executive with a busy schedule, he found time to hug me and show all the affection he always had for me. At the time of the farewell, I remember an event that marked my life, my uncle called me to talk alone, and when he hugged me, he told me that from that moment on, I was becoming a man and so he would like me to know that I could count on him for anything at any time, he handed me, at the end of our conversation, his business card with his personal phone number.

Your Honor, although it may seem like a meaningless moment in other people's eyes, to me, this moment has shown me how my uncle, such an important, busy, could be so affectionate, caring, welcoming, and generous with just one boy. At this moment, I realized the meaning that the human being has for him; it does not matter who he is; he will always pay attention to everyone around him.

From that moment on, whenever I needed it, I went to seek his advice; he always, with his hand outstretched, was opened to me and to all members of my family to help them in the best way he could.

Another important memory that I lived next to my uncle José Carlos was when I was a little older; after finishing business school, I had the opportunity to be effective within the Bank where I worked as an intern, while we talked about the subject and what I intended for my professional future, my uncle encouraged me to continue and learn as much as possible what this opportunity could offer me, explained to me how important this would be for my personal and professional future.

My godfather showed me the importance of dedication to a job, what dreams are possible to achieve if you dedicate yourself and are honest to get them. Today, changing the focus of my career, he continues to support me unconditionally and help me in whatever it takes. My uncle, Your Honor, is a man of whom I am very proud.

It was growing up next to my godfather that I realized how he is a great man; in addition to work and all his professional achievements, I saw my uncle dedicate himself passionately to

Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001

Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 8DB2-DC63-222A-3061.



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No.  74501 | Book No.  852 | Page No.  285 |
| --- | --- | --- |

everything he liked, to help people who needed him by paying for schools, helping the needy and always dedicating all his attention from the simplest to the most influential person.

I watched my uncle turn from a loving father to a grandfather who devotes himself entirely to the smile of his granddaughters. That even going through any difficulties in his life, he is open to talking to anyone who needs his help. My uncle, Your Honor, is a great man for our family and for the whole community that lives around. The current situation, the longing of everyone in Brazil, only confirms this.

Hereby, after all the foregoing, I ask you kindly to look at the man who is my uncle for the moments in which I narrated and that you may have compassion.

Sincerely,

Rodrigo José Pereira

-------------------------------------------------------------------------------------------------------------------------
<u>Translator's Note:</u> Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.
-------------------------------------------------------------------------------------------------------------------------

NOTHING ELSE. *In witness whereof, I set hereunto my hand and seal.*
São Paulo, June 21, 2021
Characters No.: 3,352
Fees: R$ 335,40
Receipt No.: 74965

Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001
Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 8DB2-DC63-222A-3061.

Exhibit 012



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| **Translation No.  75471** | **Book No.  867** | **Page No.  424** |
|---|---|---|

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

Honorable Judge Raymond J. Dearie

June 9, 2021

Re: José Carlos Grubisich

Honorable Judge Raymond J. Dearie,

My name is Fernando José Pereira, I am Mr. José Carlos Grubisich's nephew, and I write this letter in support of my dear Uncle Ze.

The first memory I have of Uncle Zé is in his apartment in São Paulo where he lived with my cousins and aunt, always very kind, he received us for a great time as a family, the adults around the table and I who at the time was still a child, playing with my cousins and brothers. I also remember in each of these meetings, my uncle dedicating an exclusive time to give attention and talk to each one individually; the conversations were many and varied, my favorites were about the places he had already known around the world. In these conversations, in addition to telling me about the places and experiences, he encouraged me and taught me to dream and imagine, simply saying that one day we would visit together.

At the end of 1998, my parents with four children took us with great effort, with the invitation of Uncle Zé and Aunt Katia, to spend Christmas and New Year's Eve in Paris. An unforgettable and magical memory for me. Uncle Ze would put his heart into his work and our activities, always with much love, affection, and dedication, creating time to give special and individual attention to each one of us.  From that moment on, I began to dream of becoming a chef. After ten years, I returned to Paris; with the help, encouragement, and guidance of my uncle, I was able to enter a renowned gastronomy college, Le Cordon Bleu.

During my years living in Paris, my uncle encouraged me in many ways, whether taking me to restaurants to discover new cuisines or simply asking me to cook for him. Always guiding me and advising me, I was gradually discovering who I am.

My uncle, as usual, has always taught me many things, among them, with his acts and examples of life, that dreams come true and words are valuable. I saw my uncle devote himself to his work assiduously, never letting go of family, friends, or anyone who needed his help.

José Carlos Grubisch has often helped me along the paths I have traveled, always being a man of ethical, family, and professional values.  I come most earnestly to explain to Your Honor that his absence is greatly felt by all.

_____
Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001
Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code B6D0-E45F-04E2-D621.



| | |
|---|---|
| **República Federativa do Brasil** | |
| **Célia Polacow Korn** | |
| Tradutora Pública Juramentada e Intérprete Comercial | |

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| **Translation No. 75471** | **Book No. 867** | **Page No. 425** |
|---|---|---|

Respectfully,

Fernando Jose Pereira

-------------------------------------------------------------------------------------------------------------------------------
<u>Translator's Note:</u> Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.
-------------------------------------------------------------------------------------------------------------------------------
NOTHING ELSE. *In witness whereof, I set hereunto my hand and seal.*
São Paulo, 04 de agosto de 2021
Characters No.: 2,351
Fees: R$ 235,24
Receipt No.: 75935

_____
Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001
Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code B6D0-E45F-04E2-D621.

Exhibit 013



### República Federativa do Brasil

## Célia Polacow Korn
### Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No.  75544 | Book No.  868 | Page No.  258 |
|---|---|---|

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

| [icon] T-Mobile | 8:03 PM | 70% [image] |
|---|---|---|
| < Valerio | Document (10) Lu... | [icon] |

Your Honorable Judge Reference

José Carlos Grubisich

I started working for Mr. Jose Carlos in 2008 and I am very grateful for everything he offered us, all my life no one has ever welcomed me as well as Mr. Jose Carlos and family. I have 3 children and one of the reasons I get emotional talking about is the education of my children. Mr. José Carlos has greatly contributed to my children's education. My oldest daughter graduated from college with the help and encouragement of Mr. José Carlos, who always advised and encouraged her, gave us the greatest opportunity to see our daughter graduate. I say this because many times he helped us with expenses and college tuitions as we are a simple family, he has always guided us.

The correct way and the posture that Mr. Jose Carlos cared about my family and the education of my children always made my heart very grateful to God. I have two boys, they are twins and for many times he welcomed my children as if they were his children, guided them and taught them what was right, and today my two boys are good affection and hardworking men and I cannot stop expressing my gratitude and trying somehow to help this man who helped me and my family so much. My husband and I have worked for Mr. Jose Carlos since 2008 at no time he not been an exemplary father and a boss concerned with the welfare of my family and the education and health of all.

He has always shown us a lot of affection and a lot of attention, I have to thank him for everything he has offered us, for everything he has done for me, my children and somehow I want to help him. I want to repay him for everything he has offered us during all these years.

That is why I leave here my experience report next to this great man, an exemplary father, caring husband, and a great friend and boss, because that is how we see him, a great friend.

Luzia Aparecida da Silva Gomes

--------------------------------------------------------------------------------------------------------------------------
Translator's Note: Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.
--------------------------------------------------------------------------------------------------------------------------
NOTHING ELSE. *In witness whereof, I set hereunto my hand and seal.*
São Paulo, August 06, 2021
Characters No.: 1,972
Fees: R$ 197,32
Receipt No.: 76008

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code A2BE-F934-C817-E633.

Exhibit 014



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No. 74207 | Book No. 847 | Page No. 317 |
|---|---|---|

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

The Honorable Judge Raymond J. Dearie
**5/24/2021**

**Re.: José Carlos Grubisich**

Honorable Judge Dearie:

I write this letter in support of Mr. José Carlos Grubisich. I have known him for 18 years, and I know his character.

I met Mr. José Carlos when he joined Braskem in 2001 as CEO; at the time, I was completing a year in the organization as an executive secretary. During this period, my contact was restricted, only when he held a meeting for all the members, but I can say that I already admired him, as he conducted the meetings with a lot of clarity, politeness and charisma. José Carlos was always very polite, making no distinction of position, he was well-liked by waiters, butlers, cleaning staff, as he always found time to greet them and thank them for the service they provided wherever they were, in the elevator, in the hallway or in a meeting room.

When he joined Odebrecht, I don't remember the year, I was transferred there too. During this period, I started to cover the vacations of his secretary Liliane Kelsey, where I was able to have a little more professional contact with him, and as always, very attentive to everyone.

In 2014, we had a closer contact again, as I went to cover his secretary's vacation at the company Eldorado, during this period, I had the opportunity to support him with the wedding of his daughter Bianca, thus putting me in closer contact with his wife, Mrs. Kátia Grubisich.

In these short periods, I never witnessed or became aware of anything that discredited him, quite the contrary, I always saw Mr. José Carlos treat everyone with great attention, politeness, and affection.

**I'm sorry for what he has been through in recent years.**

**Yours truly,**

**Gisele Aparecida Kaltenbacher**
--------------------------------------------------------------------------------------------------------------------------
Translator's Note: Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.
--------------------------------------------------------------------------------------------------------------------------
NOTHING ELSE. *In witness whereof, I set hereunto my hand and seal.*
São Paulo, June 03, 2021
Characters No.: 1,424
Fees: R$ 103,16
Receipt No.: 74671

--------------------------------------------------------------
Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001
Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 1424-F285-1DAB-B175.

Exhibit 015



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No. 75412 | Book No. 867 | Page No. 297 |
|---|---|---|

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

**Salvador, May 10, 2021.**

Honorable Judge Raymond J. Dearie

Ref. José Carlos Grubisich

Honorable Judge Dearie:

I write these lines in support of Mr. José Carlos Grubisich whom I met in 1975 when we entered together at the Faculdade de Química Oswaldo Cruz (Oswaldo Cruz College of Chemistry) in São Paulo.

During our 5 years at the University we had the opportunity to continuously interact, whether in academic studies or even in extra-curricular activities. We had the opportunity to fish, camp, and interact with the other colleagues and Mr. Grubisich has always shown himself to be a proactive person and liked by all due to his empathy and collegial spirit.

After finishing the course we entered the job market in different companies but in the same chemical and petrochemical sector and in a certain way we kept on with our friendship, fraternizing with other colleagues on several occasions to exchange ideas. Mr. Grubisich, despite holding high-level positions in the companies he has worked for, has always made time available to see his school friends again, and he was particularly helpful to me when I asked for his help in guiding my son, also a chemical engineer, through the selection process in a company in the industry. I have been able to follow his successful career path over the years and I can assure you that Mr. Grubisich enjoys immense prestige and admiration from all who have had the opportunity to live, work, or interact with him.

Once in a chance meeting at an international industry trade fair. Despite being extremely busy, Mr. Grubisich invited me to join him at the table at a business dinner where only clients and companies of great importance were present. This attitude to me represented the appreciation and consideration of our friendship. Simplicity and distinction are characteristic marks of Mr. Grubisich that I have been able to observe in these 40 years of relationship.

Therefore, I strongly request that the court see Mr. Grubisich as a man of good character towards society and his family and that in the justice of men he be given the minimum possible sentence.

_____
Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi – São Paulo – S.P. CEP: 01435-001
Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 06A0-8A12-4DB4-0982.



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| **Translation No. 75412** | **Book No.  867** | **Page No.  298** |
|---|---|---|

Sincerely,

Evandro Barreto Souza

(sgd)
Chemical Engineer

---------------------------------------------------------------------------------------------------------------------------------
<u>Translator's Note:</u> Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.
---------------------------------------------------------------------------------------------------------------------------------
NOTHING ELSE. *In witness whereof, I set hereunto my hand and seal.*
São Paulo, August 02, 2021
Characters No.: 2,177
Fees: R$ 217,83
Receipt No.: 75876

Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001

Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 06A0-8A12-4DB0-0982.



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No.  75408 | Book No.  867 | Page No.  293 |
|---|---|---|

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

São Paulo, May 18, 2021

Honorable Judge R. Dearie:

I write this letter in support of Mr. José Carlos Grubisich. I have known him for 19 years as a family man and as a prestigious professional. I worked with Jose Carlos from May 2002 to July 2020 as his assistant.

I can safely say that he is an honest person who has always acted with ethics and professionalism. During all these years I have never witnessed or been aware of any attitude or behavior that could cast doubt on his character, quite the contrary. He always treated all his subordinates with politeness, kindness, and attention. He treated people the same way, no matter their position in the hierarchy.

On several occasions when he had meetings outside São Paulo he made a point of returning at the end of the day, even if it was on the last flight, to be with his family. I can say without a doubt that Mr. José Carlos has always been a dedicated person to his wife and children. Over the years I went to his house and had the opportunity to meet several family and friends from his hometown and I always heard positive comments about him, this also happened when I met people who knew him in the past, praised him before I even knew that I was close to him and his family. It is also my knowledge that on several occasions he has helped people in the countryside who were in financial difficulties.

He always treated me with extreme consideration, was very understanding and offered me support when I had some private problems, including at the time of my separation at the end of 2011.

I would respectfully ask that Your Honor consider my recommendations as they are based on long and close acquaintance and are the purest truth.

Best regards,

(sgd)
Liliane Caracciolo Kelsey
-------------------------------------------------------------------------------------------------------------------------
Translator's Note: Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.
-------------------------------------------------------------------------------------------------------------------------
NOTHING ELSE. In witness whereof, I set hereunto my hand and seal.
São Paulo, August 02, 2021
Characters No.: 1,814
Fees: R$ 181,51
Receipt No.: 75872

_____
Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001

Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 6547-9E97-A23A-7B1E.



**República Federativa do Brasil**

**Célia Polacow Korn**

Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No. 75413 | Book No. 867 | Page No. 299 |
|---|---|---|

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

São Paulo, May 12, 2021

**Honorable Judge Raymond J. Dearie**

Ref.: <u>José Carlos Grubisich</u>

Honorable Judge Raymond J. Dearie,

I have known José Carlos Grubisich for more than 40 years, since the beginning of our professional careers. We have worked in the same multinational organization for many years. Initially, we were colleagues, working in the same division, in different sectors, whose teams had a strong bond because of the common strategy to achieve important goals for the company. The environment was very familiar and José Carlos, still very young, stood out for maintaining an excellent relationship with his coworkers, always very respectful and humble, acting professionally in a very balanced way and transmitting to his superiors confidence, transparency, and security.

As time went by, his behavioral skills and academic background stood out more and more. His ascension happened naturally, by merit, and he went on to occupy leadership positions in several areas, in Brazil and abroad.

Leading his teams, he stood out for motivating them, for being committed to the development of each one led, and consequently for bringing great results to the organization. Because of this constant evolution, José Carlos reached the position of Director. At this point, I was nominated for the position of his assistant, when I could, in our day to day coexistence, observe more closely his qualities as a leader, his undeniable professional competence and his character. At no time did José Carlos change his behavior with those under his command. My fellow assistants came up to me all the time to congratulate me for being lucky enough to be part of his team, because they knew I would be treated very well. Of course, as I was also experiencing a promotion, I was very scared of this new stage and felt a little insecure because I believed that my knowledge of the English language, an important requirement because of our external contacts, did not make me fluent yet. José Carlos noticed my uneasiness and was extremely careful to talk to me at length and explain that my position required not only knowledge of the English language but also a set of skills (agility, initiative, etc.) that added together would help him lessen the burden of his demands, and that he was absolutely sure that I would be able to develop myself because of the feedback he had had from my previous leaders. He asked me to stay calm because I could keep my English language studies, since the HR policy allowed the company to pay for them, and that certainly, in a short period of time, I would be more confident in mastering the language. It was a relief to have that conversation - I never thought that a leader in his position would care about me, taking precious time out of his schedule to praise and train me for what would be our work together.

In two other moments, when José Carlos already held the position of President of the organization, I was positively surprised. For two years in a row, I was invited by a consulting company to do a training course for secretaries, one in Buenos Aires and another in Miami, and I had to accompany a group of secretaries for a week. Of course, I would need his approval, especially since there would be a cost to the company, not to mention the time off. I presented the invitation and immediately he was very pleased that I was included in the group of secretaries chosen to participate in this

_____
Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001

Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 3DCD-C33D-DD68-860A.



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No. 75413 | Book No. 867 | Page No. 300 |
|---|---|---|

opportunity. Without giving it a second thought, he authorized and did not even discount the days of absence from my vacation.

These events are examples that I mention to illustrate that José Carlos Grubisich, in all <u>stages of his professional career</u>, has created a harmonious environment for the development of his teams. In the company's highest position, having as one of his main responsibilities the coordination of initiatives to ensure the sustainable growth of the business in the region, José Carlos Grubisich maintained the same posture and consideration with me and all his staff, for information, for delegation, for recognition, and for encouragement. Certainly, it was this ability that contributed to his success in his position, because his team was committed to achieving the established goals, with results that came naturally.

To this day, José Carlos maintains friendships with most of the colleagues we worked with in the past. Every year, this group organizes a get-together to which he is always invited and makes a point of coming to hug old friends, reminisce about the good times, and take pictures to remember. Everyone admires him for being extremely humane and having a very good reputation.

Regarding his personal life, I was also able to learn about José Carlos' relationship with his family. He was extremely attached to his wife and two children. Whenever the children were on school vacation, the trips they would enjoy together were always scheduled. He followed his children's studies closely, providing them with guidance and all the support they needed for their development. At the end of the day, he remembered to call his wife to say that he would be home soon for dinner. Outside the office, I had the opportunity to witness his impeccable family relationship because my husband and I were invited a few times for an end-of-year dinner at their residence, where we spent some very pleasant moments. His children, today, are the portrait of all the effort that José Carlos and his wife made for them to have an academic education that would make them independent and successful adults.

All these good memories come to mind without any effort, ratifying that José Carlos Grubisich, to whom I am very grateful, is a person of impeccable character, both in his personal and professional life. His legacy is a set of factors that brings together his profession, his family, his friends, his accomplishments, and his good deeds - a set that I hope Your Honor will consider when rendering the sentence. The happiness of all of Jose Carlos Grubisich's family depends on your final decision.

Sincerely,

**Mariângela Salgado Corrêa Gianfratti**

-------------------------------------------------------------------------------------------------------------------------
<u>Translator's Note:</u> Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.
-------------------------------------------------------------------------------------------------------------------------
NOTHING ELSE. *In witness whereof, I set hereunto my hand and seal.*
São Paulo, August 02, 2021
Characters No.: 5,499
Fees: R$ 550,23
Receipt No.: 75877

_____
Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001
Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 3DCD-C33D-DD68-860A.

Exhibit 018
Letter of Angel Isaac Vasquez Campos



## REPÚBLICA FEDERATIVA DO BRASIL

### MARIO MIGUEL FERNANDEZ ESCALEIRA

**Tradutor Público e Intérprete Comercial – Idiomas INGLÊS – FRANCÊS – ESPANHOL**

**Matrícula na Junta Comercial nº 1399**

Rua: Armando Esteves Sevilha, 69 – Jabaquara – CEP: 04351-090

Tel (011) 5011-1506 / 9-9195-8723 / 9-6622-8723– Email: mamifera@uol.com.br – São Paulo-SP

| LIVRO/BOOK Nº 317 | TRADUÇÃO/TRANSLATION Nº 43400v | FOLHA/SHEET Nº 361 |
|---|---|---|

I, MARIO MIGUEL FERNANDEZ ESCALEIRA, Public Sworn Translator for the PORTUGUESE, ENGLISH, FRENCH and SPANISH languages, in and for the State of São Paulo, Brazil, certify that on this 28th day of May 2021, in this city of São Paulo, was submitted to me a text written in the SPANISH language, which I hereby translate into the ENGLISH language, word for word, to the best of my knowledge and ability, as follows:

<the text below was handwritten in the original>

The Honorable Raymond J. Dearie

Date: 05/17/2021

Re: José Carlos Grubisich

Dear Judge Dearie

I am submitting this letter in support of Jose Carlos Grubisich.

I met Mr. Grubisich during my stay at MDC (Brooklyn, NY) and we became good friends there about 2 years ago.

I am in communication via e-mail and postal correspondence with him two or three times a month due to the restrictions due to the COVID-19 pandemic, otherwise our communication would be daily.

I consider Mr. Grubisich a person of good character, based on the moral support he gave me in my difficult times with my family and he helped me to get closer to God.

I will not forget those moments when we met to pray and the good advice that Mr. Grubisich gave me like a son.

Mr. Grubisich's warmth and humility is incomparable and has made me feel loved as part of his family.

On a personal note Mr. Grubisich has supported me and my family morally and with charitable donations.

Like IPADS for my children to continue studying online and to me with deposits to be able to buy food.

If he did this for us, I have no doubt he has done it for many more people and I know he will always continue to support society.

I know that his wife, children, grandchildren, family and friends are expecting him soon because of the fine person Mr. Grubisich is.

I hope to see him soon reunited with his family and greet them.

I request that the Court show leniency and mercy in sentencing.

Respectfully

Further Naught. I certify that the preceding is a true, faithful and unabridged rendering into English of the original Spanish version. In witness whereof, I set my hand and seal, on the date and in the city first mentioned.

São Paulo, 28 de maio de 2021

**MARIO MIGUEL FERNANDEZ ESCALEIRA**

**TRADUTOR JURAMENTADO**

Emolumentos pagos

Mario Miguel Fernandez Escaleira
Tradutor Juramentado JUCESP/1399
Espanhol Francês Inglês

Livro 317  Tradução 43400 Folha 361

INSCRIÇÃO – RG: 13.743.338-4 – CPF: 028.300.958-63 – PMSP (ISS) 2.939.981-5



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No. 75463 | Book No. 867 | Page No. 410 |
|---|---|---|

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

Honorable Judge Raymond J. Dearie

Ilhéus (state of Bahia), July 8, 2021.

Ref. José Carlos Grubisich

Honorable Judge Dearie,

I have known José Carlos Grubisich for over 40 years. A friendship that started between our wives and that, in a very short time of relationship, gained another dimension, creating affective and, to this day, unbreakable bonds between our families. José Carlos used to come to Ilhéus a lot. As we, too, were often at his house, both in Lyon, France, and in São Paulo, Brazil. And it was in the intimacy of his family, that I got to know a man disciplined in business, focused on the challenges of his work, considerate and polite with friends, respectful with strangers, and dedicated to the well-being of his family.

Our friendship took on an even closer dimension 15 years ago, when he decided to build a property on the northern coast of the city where I live, Ilhéus, Bahia. José Carlos entrusted me with everything from project monitoring to the execution of the work. I didn't work for him. But I can assure you, with great satisfaction, that I have dedicated some of my time for him, in the name of our friendship. It was definitely a good opportunity to get to know much more than the close friend I already knew. But, also, the serious, correct, businessman rigorous in complying with the requirements of the law, respecting the bureaucratic processes of the construction, paying suppliers with checks and/or bank transfers, conditions that gave total transparency to the origin of the funds invested in the enterprise in question: the sweat of his labor.

In the region where he built a leisure residence, I saw José Carlos have an eye for socio-environmental valorization, leading movements for the installation of garbage collection bins, construction of classrooms for native children and youth, and even making himself available for the construction of a police module on the northern coast to ensure the safety of hundreds of residents living along the shore. I was very struck by his public spirit. However, never, ever, lonely. José Carlos was a promoter of social commitment and collective responsibility, stimulating everyone's participation, understanding that deep transformations can only happen when there is a collective understanding of its strength.

José Carlos' kind and caring heart has also left positive, priceless, and unforgettable marks in the hearts of our families. Once, upon learning that one of my wife's relatives was at serious risk of losing her sight, he sponsored a delicate and expensive retinal surgery, preventing the fateful outcome. I saw it done for mine. I have also seen it done for others. Always with the same determination: that his gesture of kindness would remain anonymous.

Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001
Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 9EC3-1A3E-3D6F-842A.



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No.  75463 | Book No.  867 | Page No.  411 |
|---|---|---|

What I can assure this court is that citizen José Carlos Grubisich, a friend of more than 40 years, is a thoughtful, balanced, and unblemished human being. Dedicated to his family, loyal to his friends, cordial with everyone, and especially admired by me and my family as an exemplary human being.

For all these reasons, I ask this Court to show clemency, mercy in its sentence, recognizing in the accused, merits built and consolidated throughout his history. Qualities that can be proven by his friends, by every step taken in his life existence, by every true statement presented by us to the American authorities.

A story is not achieved by taking the easy way out. It is made of paths taken. And I can assure this court that José Carlos Grubisich has always been building his history on the path of goodness. It was what I could always see and all that he allowed me to witness.

Sincerely,

Aloísio Reis Filho

Agronomic Engineering, married, Identity Card No. ████████
CPF (Individual Taxpayer's Register) No. ████████
████████████████████████████████

--------------------------------------------------------------------------------------------------------------------
Translator's Note: Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.
--------------------------------------------------------------------------------------------------------------------
NOTHING ELSE. *In witness whereof, I set hereunto my hand and seal.*
São Paulo, August 04, 2021
Characters No.: 3,306
Fees: R$ 330,80
Receipt No.: 75927

Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001
Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 9EC3-1A3E-3D6F-842A.

Exhibit 020



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No.  74215 | Book No.  847 | Page No.  328 |
|---|---|---|

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

Luciana Ferrari

São Paulo, May 19, 2021

Honorable Judge Dearie,

I hereby provide clarification in order to intercede on behalf of Mr. JOSE CARLOS GRUBISICH, who was introduced to and had the opportunity and pleasure to meet since 2010, when I worked at Otto Baumgart Industria e Comercio, through one of the company's officers.

Mr. José was always a very friendly person, with politeness, always very kind, honest and considerate. Since then, we have been in constant contact, he started to provide assistance with the non-profit organization Centro de Promoção Social Conego Luiz Biasi, always anonymously because it never made a point of demonstrating or needed recognition for its actions, an entity that has been providing volunteer services since 2008 in helping children, teenagers and professional training for low-income people.

He never refused to help whenever asked, being an example of a businessman who really cares about his fellow man, which is why I make a point of expressing to Your Honor my recognition as a person and as a professional who deserves my respect.

His return to his activities would be of great value, especially at the moment we are due to the COVID-19 pandemic, in which his absence is making him sorely missed and even more so to institutions that help needy and vulnerable people, like the one I represent.

Thus, I would soon like to be able to count on his presence again, asking Your Honor to take into account his qualities and not to be rigid at the time of his conviction in the action that he is a defendant.

Yours sincerely,

(sgd)
Luciana Ferrari

Email: ████████ - Telephone number ████████

-------------------------------------------------------------------------------------------------------------
Translator's Note: Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.
-------------------------------------------------------------------------------------------------------------
NOTHING ELSE. *In witness whereof, I set hereunto my hand and seal.*
São Paulo, June 03, 2021
Characters No.: 1,032
Fees: R$ 103,26
Receipt No.: 74679

_____
Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001
Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 651F-FB52-DDD0-BDE2.

Exhibit 021



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No.  75485 | Book No.  868 | Page No.  12 |
|---|---|---|

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

Honorable Judge Raymond J. Dearie

I write this letter in support of Mr. José Carlos Grubisich. I have known him for more than 10 years and have been able to be around him on several occasions that showed his good character, professionalism, and sense of social, environmental, and family responsibility.

Since we started working together at ETH Bioenergia, José Carlos as CEO and me as the person responsible for planning, I have witnessed situations in which his conduct has inspired me both personally and professionally.

At the time, the company was investing in building several factories in small towns, and I was always impressed by the care that Mr. José Carlos dealt with the social and environmental issues of the operation in question. Whether in the concern with the health system of the cities that would receive many new workers, or in environmental issues, since land management, planting, and harvesting in large areas should be carefully planned and executed to avoid any damage. I did not imagine that José Carlos, as the company's CEO, would devote so much attention to these topics, thus spreading this same sense of responsibility to the environment and the community throughout the company.

Likewise, with the need to hire a large contingent of employees to operate the company's assets, José Carlos has always been very attentive to the training and qualification of these new members, a concern that clearly went beyond the return that this training would bring to the company. More than wanting to know about the productivity achieved by the employees, José Carlos was constantly sensitive to the impact that the company and this new job would bring to these employees and their families in the medium and long term.

I personally had a direct influence from Mr. José Carlos who, upon learning of my desire to do a master's degree at a renowned school in France, was absolutely available to help me. He was personally involved in my preparation, as well as making a letter of recommendation for my admission to the school. I was accepted by the institution and this master's degree had a very positive impact on my career and my family.

Besides my admiration for José Carlos' holistic vision of the company's role in society, he also always impressed me for his professionalism, seriousness, and consistent attitudes. And these characteristics have been a guide in my development as a professional and as a person.

São Paulo, July 05, 2021

(sgd)
Gustavo Gindler Sergi
---------------------------------------------------------------------------------------------------------------------------------
<u>Translator's Note:</u> Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.
---------------------------------------------------------------------------------------------------------------------------------
NOTHING ELSE. *In witness whereof, I set hereunto my hand and seal.*
São Paulo, August 05, 2021
Characters No.: 1,941
Fees: R$ 194,22
Receipt No.: 75949

_____
Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001

Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code D6CD-66E4-253A-2082.

Exhibit 022



### República Federativa do Brasil

## Célia Polacow Korn
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No.  75464 | Book No.  867 | Page No.  412 |
|---|---|---|

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

Honorable

JUDGE RAYMOND J. DEARIE

REF.: José Carlos Grubisich Filho

Curitiba, May 12, 2021

I am Carlos Alberto Rodrigues Alves, Anglican Pastor, Member of the Collegiate Board of the State Council of Education of Paraná, and Justice of Peace in Curitiba appointed by the Court of Justice of Paraná.

It is my belief that memories cannot and should not be forgotten. The past, once experienced, settles on our skin, in our pores and chooses our words.

I write this Your Honor, as a preface to a testimony that I want to record with great joy and hope: I am a friend, and with all honors, of citizen José Carlos Grubisich Filho. This friendship precedes our meeting in history, since our parents were already friends and already fraternally celebrated with each other the lessons learned at home and in our local parishes.

I remember, early on, the long talks with Mrs. Cida and Mrs. Albertina, our mothers, talking, among other things, about the two days that separate our birth dates (I was born on February 17, 1957, and Zé Carlos on the 19th of the same month and year). I also remember the partnership between my father Zito and José Carlos Grubisich, his father, who always discussed, in a friendly way, about issues related to the farms in the region.

We were born in the same city, Itatinga. A city where we also grew up together, breathing the same air of its mountains, its churches and its schools.  A city to which later, with his vision of progress, Zé Carlos would dedicate part of his vast entrepreneurial and humanistic ideals. City where he proudly, over the years, has always participated in civic events singing the official anthem of our city, of which I am one of the authors.

My friend on the agenda has always been the genial good boy. So say, even today, his colleagues. He was always the first-in-class. Always ahead of his time. All this, thanks to his dedication to study, the charisma of his leadership, and the respect in his conciliatory spirit. I saw, up close, his knowledge transitioning easily between mathematics and the arts. Between literature and sports. Between the mystique of Sunday liturgies and everyday Christian actions.

Analyzing from a pastor's point of view, I can understand that his deep feeling of gratitude for life made him develop the noble feelings of fraternity and solidarity, lessons learned in his family and in the Saint John the Baptist Parish where he was consecrated as an altar boy.

In this sense, I emphasize that his religiosity was always of a practical, human, and ecumenical character. It often comes to mind moments when, in the context of religious polemics, I, a Protestant and he, a Catholic, were always united in the classroom, defending tolerance and respect for the diversity of creeds. I believe that this character forged in his soul his philanthropic

Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001

Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 18AF-B32B-BDC1-D42C.



**República Federativa do Brasil**

**Célia Polacow Korn**

Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No.  75464 | Book No.  867 | Page No.  413 |
|---|---|---|

pragmatism for institutions of various religious and charitable shades. These actions are registered, without the benefactor wishing it, in our health institutions, in our hospital, in our asylum, in our parishes, and in the hearts of countless people who could be graced with his generosity.

As the years went by, even at a distance, I followed Zé Carlos, under the designs of the Eternal, to go in search of challenging horizons. He lived up to his predestined talents. He improved his studies, developed his professional skills, deservedly climbed the ranks in internationally renowned organizations, and cemented his entrepreneurial brands. He became a citizen of the world. With a very special detail: without ever having forgotten about Itatinga and without ever having left aside its *Itatinguense* (person from Itatinga) way of being!

An uncompromising defender of the ecosystem, he has transformed the site inherited from his father into a veritable ecological cathedral, which also serves as an oasis for him and his family to recharge their physical and spiritual energies.

In the same rural space, with his ability as a scientist, he consolidated a center of excellence in biotechnology with a view to genetic improvement of cattle. The innovations implemented there became success stories whose results spread rapidly through the international press. The scientific community is very grateful to him. So are the people from Itatinga.

In light of the above, I ask Your Honor, with the utmost respect, that in the name of the Most Gracious and Compassionate, you take into consideration my sincere statement regarding a friend, a good citizen who still has countless projects for a more humane and better world to live in.

Sincerely,

Carlos Alberto Rodrigues Alves

---------------------------------------------------------------------------------------------------------------------------------
Translator's Note: Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.
---------------------------------------------------------------------------------------------------------------------------------
NOTHING ELSE. *In witness whereof, I set hereunto my hand and seal.*
São Paulo, August 04, 2021
Characters No.: 4,839
Fees: R$ 484,19
Receipt No.: 75928

Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001
Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 18AF-B32B-BDC1-D42C.

São Paulo, May 05 2021

**Honourable Judge Raymond J. Dearie,**

My name is  Nery Taborda Da Silva, Brazilian, married, father of 2 sons and Latin America CEO for a large global insurance group which operates in 70 countries with revenues in excess of USD80bn per year.

I have known Mr. José Carlos Grubisich since 2001, when he took on the role of CEO of Braskem Petrochemicals, which was the result of the merger of various companies in the Brazilian petrochemicals sector, giving rise to a world class company. At that time, I was a director of a large bank, and I had Mr. Grubisich as my main personal contact. Later, after my transfer to the insurance company of our group, I became the main insurer for Braskem and I met with Mr Grubisich on many occasions. He always showed great interest for the well being of his employees, giving always his support for our suggestions to improve the safety of factories and the inclusion of additional coverages for the health insurance of more than 15 thousand men and women that worked at Braskem.

On every occasion, Mr Grubisich always showed the highest technical qualification in his decisions, acting always with transparency and making clear his constant concern on the people who worked at the company he lead.

Later, when Mr Grubisich assumed the position of CEO of ETH Energy, a fuel sector company, he demonstrated the same high level of management capacity, leading a team of executives to build, from zero, a company which became world leader for alcohol (ethanol). Throughout his renowned career as executive, it is my knowledge that Mr. Grubisich has always been guided by a high ethical standard, treating suppliers and clients with the greatest transparency and guiding his team to maintain behaviors similar to his own.

Mr Grubisich has built an international reputation in the business world, being known as an excellent people manager, problem solver, builder of entrepreneurial ways not seen by the competition,  a refined strategic thinker, combined with an enormous capacity for execution. He is responsible for the training of dozens of successful executives who occupy prominent positions in the most important companies in Brazil.

I have always admired his trajectory and his positive way of conducting the businesses and companies entrusted to him. Through mutual friends, we had the opportunity to develop a personal friendship, which has only reinforced my admiration for Mr. Grubisich. Always calm, thoughtful, willing to listen to friends and share experiences.

I am happy to declare that Mr. Grubisich is a friend, for whom I have the highest admiration, and I am pleased to recommend him as an integral and trustworthy man in any situation.

Yours Respectfully,

Nery Taborda Da Silva

Exhibit 024

Honorable Judge Raymond J. Dearie

May 18, 2021

Ref. José Carlos Grubisich

Dear Judge,

My name is Jayme F. Bulcao. I am 62 years old and was born in Sao Paulo/ Brazil. I have been living and working in the USA for more than 18 years and proudly became an US citizen in 2005.

I am writing this letter on behalf of my very good friend José Carlos, who I have the pleasure and honor to call a friend for almost 15 years. He and I met and developed a close relationship thanks to our wives (Katia and Mylene) who have known each other for a very long time.

As I have worked in the financial markets for almost 4 decades, I followed José Carlos' professional career well before we became friends, since his days as a C-level executive at Rhodia Group in Brazil and France. I have always looked at him as an intelligent, determined, transparent, kind and great character human being, which partially explains his tremendous accomplishments and successes during his brilliant professional career.

I mentioned "partially" because since I have been a close friend of his and his beautiful family for so many years, I quickly realized that José Carlos' family has been his priority, inspiration and motivation to be the best version of himself.

During these years, our families have been sharing lots of great moments, stories and laughter, which I would gladly share with Your Honor if/ when I have the chance to do so. Among several examples of my personal admiration for José Carlos, I would emphasize the love, respect and togetherness that José, Katia, their children (Bruno and Bianca) and their granddaughters (████ and ████) enjoy among them. This is a family that was raised surrounded by lots of love, strong religious faith and indisputable moral and personal values, which, as you know, are qualities that you are born with and improve on as life goes by. I am very comfortable to say that this is an exceptional family, with BIG hearts and wonderful values in their DNA. I deeply admire and love them as my own family!

José Carlos and I can spend hours talking to each other about various subjects and, as it should be, sometimes we may have different views on an specific subject, but we have always respected each other's opinion and that is another sign of how humble and respectful he is with friends, acquaintances  and family. On the funny side, the only issue that he and I will always disagree on relates to our preference for soccer teams: he is a "fanatico" of Palmeiras and I am a "fanatico" of Sao Paulo, which I should say, with a giggle, is obviously the better team. We barely miss an opportunity to tease each other when the case may be.

So, based on the above and as a proud US citizen who have always respected the laws and moral values of this country, I respectfully request that Your Honor extends your clemency and compassion to  José Carlos, a wonderful family man and human being, who will certainly continue to be a role model and inspiration for his family and our community.

Sincerely,

_____
Jayme F. Bulcao
Phone: ██████████
E-mail: ██████████████

Exhibit 025



## República Federativa do Brasil

## Célia Polacow Korn
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No.  75459 | Book No.  867 | Page No.  405 |
|---|---|---|

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

São Paulo, April 28, 2021

The Honorable Judge Raymond J. Dearie

Dear Mr. Judge Dearie

**RE. Mr. José Carlos Grubisich**

With this letter, I would like to express my appreciation and gratitude to Mr. José Carlos Grubisich.

After working in the business group for more than 22 years in Brazil, 15 of which were abroad, I wanted to return to my country with the same group. Following this desire, in December 2010, I met Mr. Grubisich during the selection process to go to work under his leadership, in the company presided over by him and with agribusiness activities in five Brazilian states.

In the process, I learned about the transformation plans that Mr. Grubisich wanted to implement for the company's growth, and to promote the growth of the employees through continuous qualification and the development of the community around the company's operations. I was selected.

Throughout this direct relationship with Mr. Grubisich, I met a person focused on the integrated development between company, employee and the community. Under its humanistic direction, social and environmental programs were carried out in 10 municipalities in the States of São Paulo, Mato Grosso do Sul, Mato Grosso and Goiás, benefiting over 160 thousand people.

In addition to him being a dedicated person and with the look and attitude of valuing the human being, regardless of the hierarchical level, he was an example of attention to the needy communities and boosted the programs with his physical presence "in loco".

With his dedication to the educational process and the guidance of his subordinates, I have added new values to my career and had new opportunities from the knowledge obtained from Mr. Grubisich.

His management and leadership not only developed me personally, but he also generated the inspiration for all leaders to do the same with their teams and so we managed to change the profile of HDIs (human development indicators) in all the municipalities around him as CEO of the then ETH Bioenergia.

As a result of all the actions arising from the socio-environmental humanistic practice, directed to me as an executive by Mr. Grubisich, the company was recognized in the years 2017 and 2018 at the UN (United Nations Organization) with headquarters in New York, for the work it developed focusing on the inclusion of People with Disabilities (PCDs) in the labor market by the "Global Award for Good Practices in the Employment of Persons with Disabilities".

My gratitude and thanks remain to Mr. Grubisich for the role he played as a leader in my growth and that of my direct and indirect subordinates.

---

Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001

Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 67FF-DCF3-9C0A-F435.



| | República Federativa do Brasil | |
|---|---|---|
| | **Célia Polacow Korn** | |
| | Tradutora Pública Juramentada e Intérprete Comercial | |
| | Registrada na JUCESP sob Nº 719 - Idioma: Inglês | |
| | RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649 | |
| **Translation No.  75459** | **Book No.   867** | **Page No.  406** |

Best regards,

Genésio Lemos Couto
Genésio Lemos Couto
Business Manager
Brazilian, married, resident in São Paulo - SP, Brazil
CPF █████████████

-----------------------------------------------------------------------------------------------------------------------
<u>Translator's Note:</u> Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.
-----------------------------------------------------------------------------------------------------------------------
NOTHING ELSE. *In witness whereof, I set hereunto my hand and seal.*
São Paulo, August 04, 2021
Characters No.: 2,292
Fees: R$ 189,21
Receipt No.: 75923

_____
Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001

Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 67FF-DCF3-9C0A-F435.



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No. 74213 | Book No. 847 | Page No. 326 |
|---|---|---|

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

The Honorable Judge Raymond J. Dearie

São Paulo, May 24, 2021

Re.: José Carlos Grubisich

Honorable Judge Dearie:

I come through this to show my appreciation, affection and respect for Mr. José Carlos Grubisich. I have known him for 8 years, and I know his character well.

We met at a gathering with mutual friends, and since that time, our friendship has materialized with several social and family meetings.

We talked several times about family and business, Mr. José Carlos Grubisich always showed affection for the family, and when we talked about various businesses, he was emphatic about honesty, professionalism and that everything was done within the law and order.

I lost my daughter Júlia Giuliani Cruz Lima, aged 27, in 2015, due to medical malpractice, and he was a companion at all times, always by my side, comforting, listening, being patient, always available to any situation, even financial if necessary. He made a huge difference in my life!!!

Mr. José Carlos Grubisich is a religious, family man with good character who thinks of others; he is an excellent friend, and his imprisonment will benefit neither him nor the community as a whole! He is important to me, to his family, to his friends, to many who work with him and to the many people he helps.

I respectfully ask Your Honor and the Court to have clemency and mercy in your decision, and be assured that it is right.

Yours sincerely,

_____

Francisco Cruz Lima

-------------------------------------------------------------------------------------------------------------------------
Translator's Note: Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.
-------------------------------------------------------------------------------------------------------------------------
NOTHING ELSE. *In witness whereof, I set hereunto my hand and seal.*
São Paulo, June 03, 2021
Characters No.: 0,801
Fees: R$ 100,06
Receipt No.: 74677

_____
Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001
Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 500D-354A-90D5-5567.

Exhibit 027



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No. 75400 | Book No. 867 | Page No. 277 |
|---|---|---|

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

The Honorable Judge Raymond J. Dearie

**Botucatu, 05.08.2021**

**Re.: José Carlos Grubisich**

Dear Judge Dearie:

My name is Josiedi Pires da Silva, and I am currently a commercial manager at Merck Sharp Dohme Brazil, in the veterinary segment.

I am writing this letter to share a more complete view of José Carlos Grubisich, whom I have known for all my life, that is, for 51 years, since we are cousins.

Initially, I can say with all certainty that I owe José Carlos Grubisich the professional that I am, and the professional career that I was able to build throughout almost 27 years.

After I graduated in 1993, going through financial difficulties and urgently needing to get my first job in order to support myself and my parents, it was José Carlos Grubisich who saw the difficult situation I was in, and extended his solidary hand by giving me the opportunity of my first job.

Not only for the great support he provided me, I have always admired José Carlos Grubisich for his selflessness with everyone.

During all these years, I have witnessed and experienced in practice how good a husband, father, son, boss, friend, and even citizen José Carlos Grubisich is.

Among the many facts that I witnessed, I can highlight some, such as having seen him produce a large amount of fruit and vegetables in his rural property for his own consumption, for his employees' consumption, and for supplying a helpless day care center in our small country town of Itatinga, with low economic conditions to meet the children's nutrition with quality.

In our small town, there were many times that, anonymously, my cousin also collaborated with the town's hospital and nursing home, which, as I mentioned before, does not have a privileged economic situation.

I know an employee of José Carlos Grubisich's country estate. My cousin sponsored this man's son's studies, even after this employee got another job.

_____
Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001
Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 3A8A-C2BA-CF10-B3DA.



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No.  75400 | Book No.  867 | Page No.  278 |
|---|---|---|

In such a competitive and capitalist world, where, at least in Brazil, we see that children are formed and go out in search of success, often leaving parents abandoned and left to their own devices, I see in my cousin, an extraordinary example of a son loving to the extreme, for all the care, affection, and zeal that he dedicates to his mother.

José Carlos Grubisich is for me a model of a person who keeps the essence of his origin in relation to the values inherited from his parents. Humble, honest, values family and friends, totally God-fearing, and a caring human being.

I expose myself in this letter, affirming everything I have written before, because I have in José Carlos Grubisich an example of a human being to be followed.

I sincerely hope I have managed to show in a few words who José Carlos Grubisich really is, and I respectfully ask Your Honor to consider them.


Best regards,


Josiedi Pires da Silva

------------------------------------------------------------------------------------------------------------------------

<u>Translator's Note:</u> Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.
------------------------------------------------------------------------------------------------------------------------
NOTHING ELSE. *In witness whereof, I set hereunto my hand and seal.*
São Paulo, August 02, 2021
Characters No.: 1,950
Fees: R$ 195,12
Receipt No.: 75864

------------------------------------------------------------------
Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001
Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 3A8A-C2BA-CF10-B3DA.



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5    CPF: 076 347 708-76    CCM : 9 022 076-5    INSS: 10997782649

| Translation No.  75401 | Book No.  867 | Page No.  279 |
|---|---|---|

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

04/29/2021

Honorable Judge Raymond J. Dearie

The purpose of this letter is to comment on my experience working in Mr. José Carlos Grubisich's team and comment on the impressions I have retained about this period. I met Mr. José Carlos at the time of forming the team that would lead a new company formed from the merger of 6 other petrochemical companies. I reported directly to him for 3 years, between 2002 and 2005, until I resigned due to a job offer that seemed better for my career.

As the leader of the organization that was formed, Mr. José Carlos had one of the greatest challenges to instill hope in a group of 3,500 people who formed the teams. It was a period of intense communication and many dialogues, which were conducted by Mr. José Carlos had a lot of tolerance, understanding capacity and a lot of respect for the people with whom he had contact. In an environment of tension and uncertainty, typical of a merger operation, Mr. José Carlos **never** changed his humor, communication skills, and openness to listen to the demands he received. I well remember guidance to those who reported to him that we should treat each individual as special and do everything so that people would feel comfortable in the new environment, create bonds of trust with the organization, and regain hope for the future. Many collective meetings were personally conducted by him, in which people from different levels and backgrounds asked their questions and received equal respectful and dignified treatment.

At that time we made a lot of moves and promotions. Mr. José Carlos guided us and made sure that we used transparent, republican, and meritocratic criteria in our decisions. Talented young people were identified internally and mobilized, generating the confidence necessary for the success of the operation.

On a personal level, I had the opportunity to be with his family on a few occasions, in which I could perceive the same atmosphere of harmony and respect that he sought to maintain in the organization. It was undoubtedly a well-built family of people with humanistic and Christian values. A dialogue we had about whether or not to have television sets in the children's rooms has remained in my memory. He told me that he was radically against this because separate TVs divided the family. His choice was to have a single TV in the living room, where everyone watched the same shows. The practice in my family was just the opposite and I understood that he was right.  Families become more united if they share moments of good coexistence.

Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001
Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code EAD2-3896-7431-EA22.



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No.  75401 | Book No.  867 | Page No.  280 |
|---|---|---|

In closing I have to say that I would be very pleased if I could work with him again. He is a constructive, aggregating person, who respects individualities and feels good when promoting the evolution of the careers of his followers.

Ulrico Barini Filho

-----------------------------------------------------------------------------------------------------------------------------
<u>Translator's Note:</u> Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.
-----------------------------------------------------------------------------------------------------------------------------
NOTHING ELSE. *In witness whereof, I set hereunto my hand and seal.*
São Paulo, August 02, 2021
Characters No.: 1,980
Fees: R$ 198,12
Receipt No.: 75865

_____
Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001
Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code EAD2-3896-7431-EA22.

The Honorable Raymond J. Dearie

Re:   Jose Carlos Grubisich

Dear Judge Dearie,

I submit this letter to support Jose Carlos Grubisich, I have known for over 25 years. I think I know his character well.

Jose Carlos was introduced to me in Brazil in the middle of the 1990's. At that time, he was working for Rhodia, our powerful subsidiary in this country. He was then considered as a bright and high potential executive. Then as a CEO of Rhodia, a French chemical company, I was impressed by his achievements in Brazil. I transferred him to France where our company was headquartered.

He was assigned a position of division manager, in charge of all our fine organics business. He became also a member of the executive board of Rhodia.

Unfortunately, he left our company in 2002. I could not prevent him from returning to Brazil, his home country where he was offered an interesting executive position.

I and my colleagues deeply regretted his leave from the company, since he was obviously highly considered for his professionalism, honesty and his temper.

He was extremely open and friendly not only to his bosses but also to the people who had a chance to work with him. He often helped them to solve their personal problems if and when he could be of any help. He was very joyful and resilient, especially during the very difficult period faced by the chemical industry in the first years of the century which led to substantial difficulties for our company. He resisted the stress and successfully supported his team in spite of the circumstances; coming from a different country and trained in a different management culture he was really contributing a lot to change and improve the management of Rhodia, vis a vis his own people but also vis a vis the whole company.

In a few words, for us, he was a very nice and good person, very able and appreciated by his colleagues, and I hereby would like to respectfully request that your Honor and the Court be lenient in the sentencing of Jose Carlos Grubisich.

Jean Pierre Tirouflet
Former chairman and CEO
Rhodia

Exhibit 030

April 28, 2021

Dear Judge Dearie:

José Carlos Grubisich is one of the most extraordinary and brilliant executives in Brazil.  As a journalist, I was able to follow much of his respectable career in Brazil and around the world from the presidency of the French group Rhodia in the country (and then the vice president of the corporation) to the creation, directly by his hands, of two.  national giants - the companies Braskem and Eldorado, which became references in their areas of activity.  Due to his unique capacity, Mr. Grubisich was directly responsible for the assembly and idealization of these two companies and turned them into references of the potential Brazilian entrepreneur.  In both organizations, Mr. Grubisich, whom I later approached and was able to share in his friendship, became a respected example of commitment, seriousness and professionalism, recognized by his peers who have always referred to him.  I could testify that Mr Grubisich, given his keen sense of responsibility for everything he does, has always avoided getting involved in politics.  On several occasions called by Brazilian rulers to occupy ministries and strategic positions in power, he refused on all occasions.  The reason for his life was to build efficiency projects of the Brazilian industry.  The dedication to family and seriousness in everything he does were the goals of his career, traced with admirable humility and serenity.  Grubisich's sense of responsibility led him to prioritize knowledge first.  He was especially interested in innovation and technological advancement in various fields of activity.  It has always been his true obsessions, the fuel that fuels his saga.  I was able to see this kind of specific interest that always moved him on a business trip we made together to Jerusalem, where his greatest desire was to visit local universities and learn about the advances made there.  It moved him, and it moved him far more than success.  Grubisich is essentially that: a man who seeks knowledge and the expansion of intellectual horizons above anything else.  The family, wife, children, and grandson have always been his greatest source of happiness and in recent times he has finally, after decades devoted to the development of his country, managed to set aside a longer time to be with her.  - something more than fair after so much sacrifice and personal surrender that made a difference in favor of the development of the Brazilian productive park.  José Carlos Grubisich is a pride for all of us.  For me, one of the greatest references of dignity, smoothness and professionalism in everything it does.  A straight man and admired by his countrymen and in various parts of the world.  France honored him with many more, in a further demonstration of his respectable work done for that country as well.  To me there is no doubt about the productive and representative contribution that Grubisich brought to development in all the companies and markets in which he worked.

Carlos Marques

Exhibit 031



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No. 74200 | Book No. 847 | Page No. 305 |
|---|---|---|

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

Honorable Judge Raymond J. DEARIE

5/9/2021

Re.: José Carlos Grubisich.

Dear Judge Dearie,

I write this letter in support of Mr. José Carlos Grubisich. I have known him for 16 years and I know his character.

I met Mr. José Carlos Grubisich when he was CEO of BRASKEM; At the time, I represented the bank Societe Generale in Brazil, and we had a relationship connected to the funding of BRASKEM's operations which, at the time, developed and grew under the guidance of the incredibly competent Mr. José Carlos Grubisich.

I followed José Carlos Grubisich when he left BRASKEM and moved on to ETH and, later on, to ELDORADO, in my position of representative of Banco Societe Generale in Brazil.

All of the funding operations for BRASKEM and all other companies that he presided, were always done in compliance with Brazilian laws and followed all compliance norms. In fact, Mr. José Carlos Grubisich was always advised by International Consultants to ensure the best compliance of operations and the best corporate governance.

I also had other opportunities to meet Mr. José Carlos Grubisich in corporate lives, in particular at Alliance Française where he held positions on the Board for 12 years and also as CEO of the institution (at the time I was a Vice President).

This work was carried out pro-bono.

Mr. José Carlos Grubisich always had a balanced view of education and culture; His work helped modernize the institution. He implemented inclusion and training programs for teachers in Brazil.

He was always concerned with social inclusion and launched a scholarship program to promote social inclusion.

We have also worked together at NGOs (Casa do Zezinho and Gold de Letra), which are institutions linked to the education of children in need, and we participated in educational programs.

I can say that I know Mr. José Carlos Grubisich quite well and that he has always followed the law, as far as I'm concerned, and has always been attentive and honest in every situation.

I have known him for 16 years and I see him as a man of character. I request that the court show clemency and mercy in its sentence as we see Mr. José Carlos as a GOOD man.

Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001
Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 2287-84D4-6F96-F908.



**República Federativa do Brasil**

## Célia Polacow Korn
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| **Translation No.  74200** | **Book No.  847** | **Page No.  306** |

Respectfully,

(sgd)
FRANÇOIS DOSSA

-------------------------------------------------------------------------------------------------------------------------
Translator's Note: Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.
-------------------------------------------------------------------------------------------------------------------------
NOTHING ELSE. *In witness whereof, I set hereunto my hand and seal.*
São Paulo, June 03, 2021
Characters No.: 1,424
Fees: R$ 142,49
Receipt No.: 74664

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 2287-84D4-6F96-F908.



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No. 74204 | Book No. 847 | Page No. 311 |
|---|---|---|

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

**Honorable Judge Raymond J. Dearie**

I, Cesare Julio Masseroni, write this letter in support of Mr. José Carlos Grubisich, a dedicated professional and father of an exemplary family.

In 1976, I enrolled in University for the Chemical Engineering course, where I met my fellow student who was two years my senior, Mr. José Carlos Grubisich.

From then onwards, we built a friendship that began with the coincidence of having known his hometown, Itatinga, in the countryside of the state of São Paulo, where I have been on vacation several times.

During our conversations between classes, we strengthened our friendship. This relationship provided an exchange of personal and academic experiences.

At the time, we were engaged to our wives, whom we married, and these marriages lasted 38 years, up to this date.

Mr. Grubisich graduated in Chemical Engineering two years before me, and since he was already in the job market, he helped me get my first professional experience.

In view of his personal and professional resolver of Mr. Grubisich soon moved on to a large French multinational, Rhodia Brasil. As soon as he found an opportunity, he showed me the way to join him in this renowned company, a decisive moment for my professional career. This opportunity drove my professional growth.

I watched attentively the dedication and professionalism displayed by Mr. Grubisich, as an excellent student and consequently a great manager, I followed the same path of devotion, becoming a polyglot, executive and manager, like him. He inspired me to build my international career, culminating with my expatriation to the USA. Like his expatriations to France and Portugal. From that moment on, his brilliant trajectory lead him to the Presidency of Rhodia Brasil, with respect and admiration not only within the company but also from the entire segment in the country.

The friend I met in my young academic life stood out for his generosity in sharing the opportunity for professional growth with his colleagues, making suggestions, informing and helping with placement in the job market.

During my 24-year trajectory at Rhodia Brasil, I shared a journey with Mr. Grubisich, until the moment I was invited to preside over the Latin American branch of the American multinational Greif Inc., where I retired after 10 years.

Our friendship was based on our family principles. We follow each other's quest to achieve life goals, personal and professional evolution, marriage, acquisition of a property to build a Home, the birth of our children, and we always sought to generate security, education and stability for our families.

Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001
Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 0A70-5AA9-D5DA-6E3B.



**República Federativa do Brasil**

## Célia Polacow Korn
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| **Translation No. 74204** | **Book No. 847** | **Page No. 312** |
| --- | --- | --- |

Over time, our schedules became increasingly tight, and the stress of corporate life distanced us personally and professionally as of the moment Mr. Gribisich joined Brasken, while I was in Greif Inc, and opposite commitments drew us apart.

The memories of this broken past from taking opposite paths, do not erase the image I have of my classmate, friend, loving husband and dedicated father. The moments shared by our families, enjoyed by our children, toddlers and teenagers, in celebration of birthdays and other festivities, do not fade with time, as our friendship persists, despite the distance.

Santana de Parnaiba, 5/20/2021

(sgd)
CESARE JULIO MASSERONI

-------------------------------------------------------------------------------------------------------------------------
Translator's Note: Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.
-------------------------------------------------------------------------------------------------------------------------
NOTHING ELSE. *In witness whereof, I set hereunto my hand and seal.*
São Paulo, June 03, 2021
Characters No.: 2,344
Fees: R$ 234,54
Receipt No.: 74668

_____
Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001
Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 0A70-5AA9-D5DA-6E3B.



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No.  75473 | Book No.  867 | Page No.  428 |
|---|---|---|

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

Honorable Judge Raymond J. Dearie

RE.: <u>José Carlos Grubisich Filho</u>

My name is Maria Lígia Josué Barnabé, I am Brazilian, 77 years old, and I am a retired teacher and school principal. I am a longtime friend of Mr. José Carlos Grubisich's family, as we are from the same city, Itatinga, which has approximately 25 thousand citizens today, located in the countryside of the state of São Paulo, Brazil. I have known José Carlos since he was born. I was his teacher at Elementary and High School, when he stood out for his intelligence, his politeness and affection with his needy classmates, with whom he always shared his lunch that he brought from home. He was an altar boy in our small Mother Church, helping the priest in religious activities, showing his nature as a good Christian and charitable person since he was little. His mother Albertina raised him with great affection, teaching him good manners, valuing studies, doing the right things and, above all, love for others. When he became a teenager, he went to study outside Itatinga, because at that time here, as it was a small town, there were no opportunities for advanced studies for young people. I know how much sacrifice his mother had to do for his studies as his father was already deceased at that time and she was the sole responsible for taking care of the education and supporting her children José Carlos and Maria Cristina. At a later time in his life, taking a Higher Education Course in the capital city of São Paulo, living in a student house, he stood out among his colleagues for his excellent performance in studies. Graduated in Chemical Engineering, he started to work at Rhodia, a multinational company, where he lived with people of high status and vision, who encouraged him to continue in this field. And so, he grew professionally, assuming relevant positions for his commitment, capacity and dedication to work. He has earned his place in the business world for his own merits. He never forgot his humble origins, his small hometown, nor his friends, especially those in need. Here he received, as an inheritance from his father, a small farm where he built a house to spend the weekends with his family which now, already married and with two small children, had grown. Since then, every year, we spend together Christmas parties, engagements, christenings and other events. A person surrounded by important people never failed to invite us to these events, showing a special affection for me and my family. A charitable person, always ready to help those in need, making donations to social assistance entities in our city (Nursing Homes, Hospital, Church, Cistercian Abbey). Friends of childhood and adolescence with serious health problems and unable to undergo medical/hospital treatment were supported by their friend Zé Carlos. One of his maids, a very humble one, whose daughter passed the test to join the Biology course at a renowned college, only managed to do so because Zé Carlos was willing to support this girl's studies. All the people in our city who worked with José Carlos have him as a great boss, a good friend and they know they can count on him whenever they need him.

Honorable Judge, please forgive me for such a long letter, but the purpose of this is to show how José Carlos is endowed with good attitudes that prove his true nature, and at that moment, it is necessary that Your Honor know him as he really is. This misstep in his life was a specific fact that cannot overshadow his character as a man of integrity, kindness, capable, fair and mainly by the acts of solidarity that he always practices, supporting family and friends in need. A caring son, an exemplary husband, a loving father and grandfather, a faithful companion who advises, guides, leads to the good and supports everyone who knows him.

Thank you for your attention and may the Lord enlighten you as you make your final decision.

_____
Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001
Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 494D-20B4-21DD-200E.



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No. 75473 | Book No. 867 | Page No. 429 |
|---|---|---|

Itatinga – July 29, 2021

Maria Lígia Josue Barnabé

-------------------------------------------------------------------------------------------------------------------------

Translator's Note: Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.

-------------------------------------------------------------------------------------------------------------------------

NOTHING ELSE. *In witness whereof, I set hereunto my hand and seal.*

São Paulo, 04 de agosto de 2021

Characters No.: 2,965

Fees: R$ 296,68

Receipt No.: 75937

_____
Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001

Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 494D-20B4-21DD-200E.

Exhibit 034



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 1099782649

| Translation No.  75515 | Book No.  868 | Page No.  169 |
|---|---|---|

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

The Honorable Judge Raymond J. Dearie

Date

Re.: José Carlos Grubisich

Dear Judge Dearie,

I am writing this letter to give you some information about José Carlos Grubisich, whom I have known for more than 30 years. We developed our friendship during the years we worked at Rhodia, both in Brazil and in France. Our families used to meet on a somewhat regular basis, along with a group of mutual friends. I went to his house and he went to mine. In recent years, for various reasons, we have seen each other less frequently.

I developed a great admiration for José Carlos, for his competence, rare intelligence, and the friendly and cordial way he treated everyone. Cheerful, smiling and optimistic, he always had a pleasant word for everyone. He was very friendly and won over his teams and friends. His work in Rhodia was characterized by a holistic approach, balancing aspects of the environment, safety and people with those specific to the business. He had a genuine concern for people, seeking to be fair and understanding. A good listener, he did not refuse to listen to everyone, even if it took him a lot of time. Organized and disciplined, he could manage his time admirably, while still having an active social life. Very attached to his family, he was concerned about dedicating the necessary time to his children and his wife. He liked sophisticated things, but without abandoning basic values of life. He always wanted to do the right thing, follow the rules, and seek the best practices on the market for the development of the companies he worked for. Focused on excellence, he knew how to demand from his teams the best they could give, but in a trusting and light atmosphere. He was always greatly admired by the people who lived with him. I don't remember anyone criticizing him about his behavior or any decision or action he took.

In view of my experience of living with José Carlos, reported above, I ask you to consider this information in your analysis for determining judgment.

Gilberto Lara Nogueira

-------------------------------------------------------------------------------------------------------------------------
Translator's Note: Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.
-------------------------------------------------------------------------------------------------------------------------
NOTHING ELSE. *In witness whereof, I set hereunto my hand and seal.*
São Paulo, 05 de agosto de 2021
Characters No.: 2,061
Fees: R$ 206,22
Receipt No.: 75979

---

Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001
Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 0092-7698-B695-5FF3.

Exhibit 035



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No.  75538 | Book No.  868 | Page No.  221 |

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

Honorable Judge Dearie,

I am hereby attempting to intercede on behalf of Mr. José Carlos Grubisich. I have known him for 8 years and I can confidently vouch for his character. I started working at the company in 2013 as a driver for Mr. José.

To me he was a wonderful boss, never acted superior, was very friendly and fun. We talked a lot during traffic jams in São Paulo's crazy traffic.

Before joining the company, I only heard about and had seen him in the media and knew he was a good, polite and truthful man.

I have to thank him for the financial support when I needed it most. He hugged me and reprimanded me, but as a father.

This time I worked with the Grubisich family it was a positive and strong experience in my life. Mr. José dedicated special attention to his wife and was wonderful with his children; and with his granddaughters, no words could describe it.

I am very grateful to Mr. José and his family for allowing me to work with them and I learned a lot.

I feel he is a good and fair man. Someone who always gives his best in everything he does. Of course, your Honor may think that I described his as a perfect person because I was his driver, but honestly, I would just like to put it the way I look at it.

The most amazing event was on his granddaughter ▮▮▮▮'s 1st birthday (very beautiful) when at the table I was with my wife and stepdaughter, along with assistant Liliane and cook Fátima, he and his brother-in-law came to sit at the table and he played with us, and was very comfortable in our company.

I hereby request that your Honor and the court be gentle with Mr. José.

Yours faithfully,

(sgd)
Francisco Carlos Samuel de Almeida
-----------------------------------------------------------------------------------------------------------------------------
<u>Translator's Note:</u> Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.
-----------------------------------------------------------------------------------------------------------------------------
NOTHING ELSE. *In witness whereof, I set hereunto my hand and seal.*
São Paulo, August 06, 2021
Characters No.: 0,977
Fees: R$ 100,06
Receipt No.: 76002

_____
Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001

Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code E5C3-0DF7-54CB-3E01.



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No.  75442 | Book No.  867 | Page No.  370 |

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

Honorable Judge Raymond J. Dearie

May 18, 2021

**Re.: José Carlos Grubisich**

Honorable Judge Dearie:

I write this letter in support of my uncle José Carlos Grubisich. I have known him personally for almost six years, but since much earlier I had heard a lot about him. In the past, my father had the opportunity to work in the same company as my uncle and I always heard him talk about what a hardworking, committed person he was. He always set an example for my father as an executive and boss. I, an only child, from a family that started from scratch, was raised with the instruction that hard work and commitment would get me where I wanted to go. And that's how, from the age of 15, I started reading not only teen magazines, but also business magazines, and that's how I also started to get to know the great executive that Mr. José Carlos is. Little did I know that one day he would become my uncle and I would be able to listen to his experience and advice, personally.

After I started dating my current husband, that is when I met him in person and only proved everything I had heard and read. Mr. José Carlos, was always an excellent host, always cheerful, willing to have good, long conversations, and never spared us from telling, if we asked, about his path. Giving us examples, also telling us about the hard part, the challenges, the "no's" that pushed him, among many other things.

However, what I would most like to tell Your Honor here is the help he gave us, when I was newly married to my husband and knew that we were going to live abroad, expatriated by my husband's work, just as my uncle once was too. He made a point of receiving us in his home and telling us about his experience, about the great personal challenges we would face living away from our family and friends and in another country with a culture totally different from ours. He was available to help us with anything we needed, and also referred us to people who lived in this country to help us with anything we needed. He left his phone number at our disposal. He was very frank and open in telling us that it wouldn't be easy, but he gave us hope that it would be one of the most incredible experiences of our lives, as people, as a couple, and as professionals. And it really was. We are very grateful for all the advice and tips that my uncle gave us, because it strengthened us to live this difficult time that is living away from the family. That is why I ask this court to consider all that it means to our family so that we can be together again soon.

Sincerely,

Aline Moreno Pereira

-------------------------------------------------------------------------------------------------------------------------
Translator's Note: Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.
-------------------------------------------------------------------------------------------------------------------------
NOTHING ELSE. *In witness whereof, I set hereunto my hand and seal.*
São Paulo, August 03, 2021
Characters No.: 2,518
Fees: R$ 251,95
Receipt No.: 75906

_____
Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001

Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 6FEC-00E0-0AB6-C9FC.

Exhibit 037

To your honor Mr Judge Raymond J. Dearie.

I am Dr. José Bento Sterman Ferraz, Professor of Genetics and Animal Sciences of the College of Animal Sciences and Food Engineering of the University of São Paulo, located in Pirassununga, State of Sao Paulo, Brazil, since 1988. I got my PhD in Genetics in May, 1981. My expertise is in Beef Cattle Genetic and Genomic Sire Evaluation, with special focus on Beef Cattle.

This letter has the objective of demonstrate the good qualities of Mister Jose Carlos Grubisich, Brazilian, born in Itatinga, a small city in the state of Sao Paulo, Brasil. I know his name for a long time, both because he is a close friend of my former Veterinary student and a retired professor of my college and friend, Dr. Raul Franzolin Neto, his friend since they were boys and, also, because his work as outstanding beef cattle breeder of the Nellore breed, the largest breed raised in Brazil.

José Carlos Grubisich has a Family farm in Itatinga, named Verdana, that selects high quality Nellore seedstock and contributes strongly to the Brazilian beef production, since 2005. They, also have farms in the state of Mato Grosso do Sul, raising commercial cattle. In 2013, Mr. Grubisich and his son, Bruno, created one of the most technological advanced company in artificial insemination (A.I.) and embryo transfer company, Seleon, that, today is the second largest A.I. stud of the country, lodging around 320 bulls and growing up to close to 500 animals in production.

In 2017, Bruno and his technical manager, Breno Barros, proposed an innovative program of selection measure feed efficiency of Aberdeen Angus bulls, before they are offered to the market, the first program in that breed in Brazil. They asked me to be the geneticist to contribute to that program and, then, I knew Mr. Grubisich and, since then, we had many meetings, discussing beef breeding, new technologies, family issues. We became friends.

Mr. Grubisich is a very special person. Besides being internationally recognized as a very productive and skilled businessperson, he is an example as a human being.

Personally, Mr. Grubisich is married and has a daughter, Bianca, that has two little girls, and a son, Bruno, that is, also a very good friend of mine. In all his executive carrier, his family was always together with him and he can be considered a perfect husband, father and grandfather.

Mr. Grubisich is very grateful to his hometown and is recognized as an example of person in the city. He always financially contributed, anonymously, to the city´s hospital and asylum, besides other social programs. As the owner of a farm, he always gives the best work conditions to all his employees.

Mr. Grubisich is, also, recognized as a very nice person, polite and very good farmer in the Nellore Breeders Association and his work in the animal industry is, also, widely valued. His perfect character and honesty are examples among beef cattle ranchers.

As far as I am concerned, he became friends and we trade messages very frequently. I´ve been to his farm several times, including being lodged at his house and all the conversations we had were very productive, helped me to make my vision of life and beef market even broader and made me consider him a very close friend and an example of entrepreneur.

Pirassununga, Brazil, July 30th, 2021.

Prof. Dr. José Bento Sterman Ferraz, PhD

e.mail: ████████████

Mobile in Brazil and whatsapp: ████████████

In Portugal until 12/2021: ████████████

Exhibit 038

**ANTOINE POUILLIEUTE**
*State counsellor*
*French ambassador*

Paris, April 30, 2021

**To the Honorable Raymond J. Dearie**

Dear Judge Dearie:

As a French judge and diplomat, I submit this letter to intercede on behalf of Jose Carlos Grubisich who justifies my high esteem and sincere fellowship.

I met Jose Carlos Grubisich 12 years ago when I was French ambassador to Brazil. Since then, we never stopped maintaining close relationships.

*As a public person*, he is a central figure in support of the bilateral relation between Brazil and France. His commitment as Chairman of "São-Paulo Alliance française" is clearly identified: in cultural as well as in educational, and social fields. Even more, he is always deeply concerned by dialogue, openness, and mutual respect. To attest his incessant and positive dedication, the French Prime minister awarded him with "Légion d'Honneur" (French highest decoration): that is amazing for a Brazilian citizen.

*As a professional person*, Jose Carlos Grubisich is commonly regarded as an inspirational, and high-level expert. His views are sought, and respected. He is a dynamic messenger embodying a consistent, and positive image of his emerging homeland. In France, he was director of the board of some renowned firms, providing them added value opinions facing strategic issues. His commitment in new energies or performative breeding certifies a deep curiosity, and an insatiable attraction for innovative common good.

*As a private person*, my wife and I made friends with his spouse and him. Jose Carlos is always sensible to familial or personal concerns. Then, he is a very caring and sharing person. As member of Council of State (French Supreme Public Court), I meet him to many friends: judges, lawyers or diplomats. It's obvious they all were delighted with. I have a full confidence in Jose Carlos because I saw him in varied situations where personal skills can't be falsified: they only can be authentic.

To conclude, I hereby would like to kindly request that Your Honor and the Court be lenient at sentencing.

Respectfully

Antoine Pouillieute

_____
Antoine Pouillieute

Exhibit 039

May 17, 2021

To Judge Raymond J. Dearie

Dear Sir,

I am writing this letter to let you know my personal impressions about Mr. Jose Carlos Grubisich.
But, first of all, let me introduce myself. I am a journalist with more than 30 years of experience. I have
been working in major publishing houses in Brazil during my career and became editorial director of
Globo (largest communication group in Brazil) in 2003. And I was Publisher of Brazilian version of Forbes
Magazine twice (during 2000/2003 and 2014/2015). Currently I run my own operation, which is a news
portal (www.moneyreport.com.br) and an association of businesspersons and executives, called Money
Report – Agenda de Líderes (this group gathers 170 companies, global and local. Among some global
companies, it has as members the main executives of Unisys, Carrefour, Generali, Adidas, Cisco, KPMG,
Volkswagen, Accenture, Mastercard, UBS and many others). I am also daily columnist at Exame, the
largest business magazine in Brasil (https://exame.com/blog/money-report-aluizio-falcao-filho/ ).
 I met Mr. Grubisch twenty years ago in a business function and we became friends few years later.
During all this time I have testified how close he is to his family. To begin with, he is a very devoted son.
His mother is very old lady. Usually many see older people as a problem, and they are always trying to
get rid of the old ones in nursery homes. With him, it is the opposite. I have been a witness of how
caring he is with his mother. The same kind of attention I saw with his mother-in-law – and we know
how usually people treat their in-laws. Mr. Grubisch was always involved in her illness and very
protective to preserve his wife of the suffering.
His attention to the family is remarkable. I spent fifteen days with the whole Grubisich family in the
summer vacation of 2018 in a beach of Bahia. During this period, I saw how strong his family ties are. His
whole family, including in-laws, look up to him – he is considered a role model and a sapiency fountain.
He has a son and a daughter – and is a proud grandfather of two girls. I still remember how tender he
was to his elder granddaughter (the younger was not born year) and particularly remember a sunset at
the beach in which he was dancing with the girl in the sand. Very touching moment, that I will carry in
my memory forever.
I also share with him my belief in God and my habit of reading the Bible almost daily. We frequently
discuss our favorite prophets in the Old Testament. He is fond of Samuel. I prefer Moses. And we like to
exchange our favorite segments of the book to offer each other a different perspective of religion.
Mr. Grubisich, in his farming investments, was very involved in helping the local community by
developing local suppliers and business partners. In his spirit, he is a countryside man, despite of his
cosmopolitan background, especially during the Rhone-Poulenc days.
He also counts with total admiration of fellow executives and enormous respect of former competitors.
We belong to a fraternity group that used to gather once a month to discuss the main Brazilian issues
and, at the end of the year, to choose a charity entity and give a big donation. Mr. Grubisich was always
one of the most enthusiast members of this process.
I hope Your Honor make justice in this case and show mercy to my friend Jose Carlos. I believe he is a
good soul, a loving father and exceptional husband. A devoted son and very generous human being. If
you need further information, please do not hesitate in contacting me at ██████████████ or at
██████████████████ .
Sincerely,

Aluizio Falcao Filho
Publisher



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No. 74272 | Book No. 849 | Page No. 173 |
|---|---|---|

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

São Paulo, May 20, 2021

Honorable Judge Raymond J. Dearie

RE: JOSÉ CARLOS GRUBISICH

Honorable Judge Dearie,

Allow me to introduce myself: My name is CESAR ANTONIO RAMOS GOMES; I am 70 years old.

By means of this letter, I want to express what I know about JOSÉ CARLOS GRUBISISH and contribute with my vision about him.

I met José Carlos Grubisich in the 80s and spent time with him until the end of the 90s.
We started working together at Rhodia, a Chemical Company active in Brazil and Latin America.

At that time, I was already working as an HR Business Partner, and I can say that José Carlos stood out not only for his work capacity and potential but mainly for his great ability and empathy with colleagues and customers. He was a person dear to his peers, well-connected and could always be trusted.

At that time, we bought apartments in the same building on the Seacoast of São Paulo. I can say, without a doubt, that José Carlos once again demonstrated his kindness and cordiality in dealing with other neighbors and especially with the building's employees.

Years later, with José Carlos already in the position of Officer at Rhodia, I was his subordinate as a Human Resources professional. And I can say that my admiration increased. Besides other professional qualifications, he had developed great leadership skills, always treating people with great respect, a desire to generate opportunities to develop them, and a humanistic approach to his management.

There were difficult times when José Carlos needed to be strict with his employees. Even so, a high level of politeness and respect prevailed.

I have participated in several meetings under his command, and his ethical conduct was always evident, as well as the example of seriousness and legality in dealing with a business that he tried to transmit to his employees and demanded from them the same procedure. I can say that he was a leader from whom I learned a lot and whom, as a Human Resources professional, I always held in high regard.

In the lectures I have given, I have often mentioned his name as a model leader: Besides his energy and competence in business, in my eyes and in the eyes of my colleagues, José Carlos was an exemplary leader, for his respect, humanism, responsibility, and ethics.

Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001

Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 2993-F5FC-B5A9-46AE.



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No. 74272 | Book No. 849 | Page No. 174 |
|---|---|---|

So, I ask for your and the Court's consideration for all the exemplary history and legacy that José Carlos left behind for a great number of people whose lives and careers he influenced and helped build in a very positive way.

Yours faithfully,

Cesar Antonio Ramos Gomes

-------------------------------------------------------------------------------------------------------------------------
Translator's Note: Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.
-------------------------------------------------------------------------------------------------------------------------
NOTHING ELSE. *In witness whereof, I set hereunto my hand and seal.*
São Paulo, June 08, 2021
Characters No.: 2,485
Fees: R$ 248,65
Receipt No.: 74736

_____
Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001
Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 2993-F5FC-B5A9-46AE.



**República Federativa do Brasil**

# Célia Polacow Korn
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No.  75406 | Book No.  867 | Page No.  288 |
|---|---|---|

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

Honorable Judge Raymond J. Dearie

São Paulo, May 19, 2021

**Re.: José Carlos Grubisich**

Honorable Judge Dearie,

1.     I write this letter in support of Mr. José Carlos Grubisich, whom I have known professionally since 2002, having had close contact with Mr. Grubisich between the years 2008 and 2013, when he was CEO of the company then called ETH Bioenergia - later called Odebrecht Agroindustrial - today, ATVOS, and I was the Agroindustrial Operations Officer of the same company.

2.     During the period in which I had direct professional contact with Mr. José Carlos Grubisich, especially in 2010 and 2011, I was able to follow and witness his great concern, as CEO, with the most relevant social issues surrounding the company's operations, notably regarding the training and qualification of his employees and people directly or indirectly linked to ETH Bioenergia's agro-industrial operations, as well as in matters of sustainability and social and environmental responsibility.

3.     Valuing people has always been one of Mr. José Carlos Grubisich's true priorities. Just as an example, I list below some relevant data regarding the investments made in training and capacity building during Mr. Grubisich's time as CEO of ETH Bioenergia:

(i)     during the 2010/2011 Crop period (that is, between March 2010 and November 2011, ETH Bioenergia's investments in training and education reached a universe of over 10,000 employees, with approximately 190,000 hours of training carried out;

(ii)     In 2011 alone, ETH Bioenergia granted more than 120 scholarships at the undergraduate level and more than 40 scholarships at the graduate level (including specialization courses and MBAs) to members allocated in practically all the company's operational units;

(iii)     between April and September 2011, the social responsibility investments already exceeded the mark of almost 500,000 hours of training and more than 42,000 members benefited.

4.     The constant attention to the training of company members was also based on a second highly relevant aspect in the vision of Mr. José Carlos Grubisich, namely, the sustainability of ETH Bioenergia's operations in the long term.

5.     One of the most expressive indicators of this sustainability can be demonstrated by its accident frequency rate (measured in number of events/million hours worked), which, from an index 12 in the 2009/2010 period, was drastically reduced to 1.9 in the 2011/2012 period.

---

Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001

Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 1BEF-F088-49DA-C24A.



**República Federativa do Brasil**

## Célia Polacow Korn
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5    CPF: 076 347 708-76    CCM : 9 022 076-5    INSS: 10997782649

| Translation No.  75406 | Book No.  867 | Page No.  289 |
|---|---|---|

6.    In social and environmental matters, priority attention has also always been given by Mr. Grubisich and his management at the head of ETH Bioenergia. During the same period indicated above, social and environmental diagnosis projects were carried out in all the main municipalities where ETH Bioenergia was active at the time.

7.    These projects, which were an integral part of a larger initiative called the Social Energy for Local Sustainability Program, comprised: (i) the holding of 242 social and environmental forums in 5 municipalities where ETH was present; (ii) 27 training workshops with more than 500 participants in all; and (iii) involvement of more than 4,500 people in actions carried out by the program, adding relevant investments aimed at teacher training initiatives to serve students with special needs and over 18 years of age for insertion in the job market, in general and not just in the ETH Bioenergia itself.

8.    The Social Energy for Local Sustainability Program has also resulted in relevant concrete results, such as, for example:

(i)     the offering of post-graduate courses in psychopedagogy for 80 public and private school teachers;

(ii)    the offering of professional training courses for 1,200 young people and adults, with 65% of them being used at ETH Bioenergia itself in municipalities in 3 Brazilian states (Goiás, Mato Grosso do Sul and São Paulo); and

(iii)   the project of the first sustainable school in the country, in terms of construction and educational model, in the State of Goiás.

9.    Still in environmental matters, Mr. José Carlos Grubisich's vision of great social responsibility in relation to the theme was decisive to define the company's active participation in the financing, support or sponsorship of important initiatives such as:

(i)     the Emas National Park, one of the most important conservation units of the Brazilian cerrado;

(ii)    the Instituto Onça-Pintada, a non-governmental organization dedicated to promoting the conservation of the species through scientific research in the biomes where it occurs (Amazon, Cerrado, Caatinga, Pantanal, and Atlantic Forest) and also in captivity for conservation purposes.

(iii)   in addition to the 10th Conference of the Parties to the United Nations (COP-10) and the Convention on Biological Diversity (CBD) and the 16th Conference of the Parties (COP-16) to the United Nations Framework Convention on Climate Change.

10.    Finally, it should also be noted that the importance given by Mr. José Carlos Grubisich to socio-environmental responsibility themes was equally determinant for ETH Bioenergia to achieve international certifications that are fundamental for its consolidation as an environmentally engaged and responsible company, such as:

(i)     Bonsucro - Better Sugar-cane Initiative, awarded by Control Union Certifications, an international certifier with a presence in more than 70 countries that focuses its efforts

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 1BEF-F088-49DA-C24A.



| República Federativa do Brasil |
|---|
| **Célia Polacow Korn** |
| Tradutora Pública Juramentada e Intérprete Comercial |
| Registrada na JUCESP sob Nº 719 - Idioma: Inglês |
| RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649 |

| Translation No.  75406 | Book No.  867 | Page No.  290 |
|---|---|---|

on developing services related to the sustainability of industry supply chains that support the food, animal feed, forestry, biomass, bioenergy, social compliance markets, and textile fabrics;

(ii)   Renewable Fuel Standard - RFS2, issued by the US Environmental Protection Agency (EPA), for commercialization in the United States; and

(iii)   Global Reporting Initiative, whose guidelines offer principles and content for the preparation of sustainability reports of companies that adopt this model so that they can report their positive and/or negative impacts on the environment, society and the economy, in addition to the commitments made to improve their performance.

11.    In view of all this, I hope that you and the Court will be able to beneficially consider the above aspects when quantifying the possible sanctions to which Mr. José Carlos Grubisich may be subject to this respectable jurisdiction.

Sincerely,

(sgd)
Luis Fernando Sartini Felli

CNA - 1544077v1 - 1183.26727

--------------------------------------------------------------------------------------------------------------------------
Translator's Note: Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.
--------------------------------------------------------------------------------------------------------------------------
NOTHING ELSE. In witness whereof, I set hereunto my hand and seal.
São Paulo, August 02, 2021
Characters No.: 5,703
Fees: R$ 570,64
Receipt No.: 75870

_____
Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001
Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 1BEF-F088-49DA-C24A.



**República Federativa do Brasil**

## Célia Polacow Korn
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 · Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No.  74211 | Book No.  847 | Page No.  323 |
|---|---|---|

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

Honorable Judge Raymond J. Dearie
[May 19, 2021]
Re.: José Carlos Grubisich

Honorable Judge Dearie:

This letter serves as a reference to the character of Mr. José Carlos Grubisich, whom I have known for 19 years and whom I affectionately call "uncle Zé".

When I was 15, I started studying with Uncle Zé's daughter, Bianca Grubisich. We were always together, and at that time, my father traveled frequently. Many times I considered Uncle Zé as a father to me. Always very attentive, he made sure to know how I was doing in my studies, gave very pertinent advice, took us on trips, mainly to the family farm in Itatinga, restaurants. Those were amazing weekends.

In several situations, I saw uncle Zé being extremely kind and kind to his employees and friends. No distinction of color, race, sex, or socioeconomic conditions, treating everyone around him the same way. This is a sign of good character.

Finally, I would respectfully ask Your Honor to consider my recommendations since prison will benefit neither him nor the community as a whole. Everyone will miss him a lot. Thank you very much for your consideration on this issue.

Respectfully,
Maria Isabel Gimenes Fagundes

-------------------------------------------------------------------------------------------------------------------------
Translator's Note: Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.
-------------------------------------------------------------------------------------------------------------------------
NOTHING ELSE. *In witness whereof, I set hereunto my hand and seal.*
São Paulo, June 03, 2021
Characters No.: 0,563
Fees: R$ 100,06
Receipt No.: 74675

_____
Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi – São Paulo – S.P. CEP: 01435-001

Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code FA31-1424-49AB-38A4.

Exhibit 043



**República Federativa do Brasil**

**Célia Polacow Korn**

Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No.  75443 | Book No.  867 | Page No.  371 |
|---|---|---|

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

Honorable Judge Raymond J. Dearie

05.15.2021

Ref.: José Carlos Grubisich
Honorable Judge Dearie:

I write this letter in support of Mr. José Carlos Grubisich. I have known him for 25 years and I know his character well.

First of all I would like to introduce myself, I am a chemical engineer, post-graduated in business administration with an MBA in finance, and most of my career has been in finance. Today I am Chief Financial Officer of WEG S.A., a Brazilian multinational company in the capital assets sector with 33,000 employees, industrial units in 12 countries, and commercial presence in over 135 countries, with net operating revenues of USD 3.4 billion in 2020.

My relationship with Mr. Grubisich started in 1996, I held the position of business analyst at Rhodia Brasil Ltda., a Brazilian branch of Rhodia S.A., a French company of the chemical expertise industry, where, in the same year, Mr. Grubisich had been appointed Chief Executive Officer for Latin America.

Mr. Grubisich has always exercised charismatic leadership thanks to his willingness to listen and be accessible to employees, regardless of hierarchical level. He was always an example of professionalism and held several meetings with the company's employees and was always very attentive and concerned with people's development.

I advanced further in the organization and once again Mr. Grubisich was accessible to guide me, when I received an offer for an expatriation period in Germany, he met with me for advice and made himself available to continue helping me in my development.

In 1999, Mr. Grubisich was nominated group vice-president worldwide in France at the same time that I was working in Germany and, every year, he met all the Brazilian employees who were expatriates in Europe, with the usual readiness to understand each situation and checking how he could help in the development of these people. Every time I had the opportunity to visit the company's headquarters in France, he made a point of having lunch with me to understand my moment and made himself available to help me.

In 2001, Mr. Grubisich left the Rhodia group for new challenges, but continued to maintain a close relationship with the French community, including performing pro bono activities, such as serving as president of the Alliance Française of São Paulo (a French language teaching institution), and in 2010 I again had the privilege of working and continue learning from him, as he invited me to be director of the institution also pro-bono, where in 2012 I became vice president of the board of directors of the same institution, for two more years, having Mr. Grubisich as chairman of the board.

Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001

Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 3546-C12A-AB21-5AE7.



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No.  75443 | Book No.  867 | Page No.  372 |
| --- | --- | --- |

During the entire time we have worked together, I have never heard of any reservations or misconduct from Mr. Grubisich, on the contrary, he was a reference as a follower of the company's compliance guidelines.

Throughout my professional career I had the opportunity to meet and work with several leaders, who brought me many lessons, I consider myself privileged to have had the opportunity to work with such a competent and inspiring professional as Mr. Grubisich. His respect, attention to the people who worked with him was a learning that I take with me for all my professional life, not to mention his brilliance in leading, motivating, and developing people, besides also being an undeniable business leader, undoubtedly a reference for me, for many, and for the business community where he worked.

I would hereby request that Your Honor and the Court be lenient in sentencing Mr. Grubisich.

Sincerely,

André Luís Rodrigues

----------------------------------------------------------------------------------------------------------------------------------
<u>Translator's Note:</u> Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.
----------------------------------------------------------------------------------------------------------------------------------
NOTHING ELSE. *In witness whereof, I set hereunto my hand and seal.*
São Paulo, August 03, 2021
Characters No.: 3,386
Fees: R$ 338,80
Receipt No.: 75907

_____
Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001
Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 3546-C12A-AB21-5AE7.

Exhibit 044



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No. 74273 | Book No. 849 | Page No. 175 |

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

Honorable Judge Raymond J. Dearie

May 27, 2021

Re: José Carlos Grubisich Filho

Honorable Judge Dearie:

My name is Rodrigo Daneu Rodrigues Pereira; I am 43 years old, married, graduated in Biomedicine, currently working as a chemical products commercial representative in the City of São Paulo - Brazil. I would like to make here a brief and sincere report about my dear and esteemed brother-in-law José Carlos Grubisich, affectionately called Zé by me. Your Honor, my relationship with Zé started from my birth until the present day; In my 43 years of age; José Carlos has always been a source of pride and inspiration to me, not only as a successful CEO throughout his professional career but mainly for his qualities as a human being, father, husband, grandfather, and friend; those who know and live with José Carlos on a daily basis know how pleasurable, and at the same time enriching, it is to live by his side; I say enriching because being part of his coexistence is always adding something important to our lives, like a word of affection, an incentive, advice. Your Honor, this man in whom fate is on your judgment is one of the most amazing human beings and loved by all his friends and family, of which I include myself. I conclude my short but sincere report here, asking you for mercy in rendering the judgment.

Best regards,

Rodrigo Daneu Rodrigues Pereira

--------------------------------------------------------------------------------------------------------------------------------
Translator's Note: Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.
--------------------------------------------------------------------------------------------------------------------------------
NOTHING ELSE. *In witness whereof, I set hereunto my hand and seal.*
São Paulo, June 08, 2021
Characters No.: 1,512
Fees: R$ 151,29
Receipt No.: 74737

Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001
Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code C6E3-E1BC-A9B2-3108.

Exhibit 045



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No.  75465 | Book No.  867 | Page No.  414 |
|---|---|---|

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

July 28, 2021

Honorable Judge Raymond J. Dearie

Ref. José Carlos Grubisich

Honorable Judge Dearie,

My name is Ariélle Brum Luft, I am a lawyer, I am 40 years old, I lived for 30 years in a small town in the South of Brazil, and moved to São Paulo 10 years ago when I got married.

José Carlos was one of the first people I met when I arrived in São Paulo, he and his family were the first people to receive me in their home and welcome me with true friendship.

As the years went by, José Carlos not only won me over, but all my family as well, our bonds grew stronger because I saw in him a fraternal figure, a loving head of the family, a hard worker, a good character, honest, intelligent, and always concerned about the people around him.

I started to follow his professional career closely, the news in the newspapers, magazines about management in the companies he worked for. His assertive decisions have always impressed me, I have always wanted to hear his opinions on matters related to economics, politics, and culture in general. Little by little I realized how important he was to me, how much I admired and liked him.

When I made the decision to get married, he and his wife, Katia, were the people who most encouraged me, supported me, and helped me choose many details, and then I felt that it was the right time to invite them to be our best man and matron of honor.

On my wedding day, José Carlos had a work meeting abroad, but with a lot of effort, he managed to get to the ceremony and give us his blessing. It was then that our friendly relationship grew stronger, not only because José Carlos was loyal, respectful and caring, but for the other attributes that he performed so well and that were always an example to be followed: Great father and husband, caring for his family and friends.

Then I decided to have my first child, also encouraged by José Carlos' advice, he would tell me that he would always be by our side when we needed him, and, as could not be otherwise, on the day of the birth he and his wife were by my side. My son was born on Christmas Eve, my pregnancy was high risk and I was very afraid. José Carlos and his wife were traveling, but when my husband told them that I was ready to have my son, they cancelled all plans to be by my side, giving me strength and courage, they were the first people to hold my son in their arms. I will never forget that!

Later, when my son had several health problems, with the risk of dying due to the severe convulsions he suffered, again, the person who showed me the way to seek medical treatment was José Carlos.

A month before his arrest in New York, I had a trip to Cincinatti/Ohio, to take my son to the Children's Hospital that studies the Rare Syndrome that he has, again, José Carlos, despite working

Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001

Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 98D3-1197-AE30-B1C8.



**República Federativa do Brasil**

**Célia Polacow Korn**

Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No.  75465 | Book No.  867 | Page No.  415 |
|---|---|---|

a lot, volunteered to go with me to accompany me and help me in the consultation with the American doctors.

Every time I needed him, José Carlos was always by my side, giving me good advice and extending his helping hand. His generosity, kindness, seriousness, caring, have always been the most important values to me. We have no family ties, but I have never had a person, other than one who is blood related, who was so close and welcoming to me as José Carlos and his beautiful family.

I would humbly like it to be possible for Your Honor to see José Carlos not only as a citizen who is being prosecuted, but at least to see him as the person I am describing, although I know he is a better person than these simple lines allow me to say.

Therefore, I would respectfully ask, that Your Honor, consider my view of José Carlos, who has never wavered in his love and has never broken his word, to review his situation and that this Court be lenient in judging and sentencing this person who is so missed by those who know him and by the community as a whole.

Sincerely,

Ariélle Brum Luft

-------------------------------------------------------------------------------------------------------------------------
Translator's Note: Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.
-------------------------------------------------------------------------------------------------------------------------
NOTHING ELSE. *In witness whereof, I set hereunto my hand and seal.*
São Paulo, August 04, 2021
Characters No.: 4,038
Fees: R$ 404,04
Receipt No.: 75929

Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001
Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 98D3-1197-AE30-B1C8.

Exhibit 046



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| **Translation No.  75523** | **Book No.  868** | **Page No.  182** |

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

5/23/2021

The Honorable Judge Raymond J. Dearie

RE.: José Carlos Grubisich

Dear Judge Dearie,

By submitting this letter, I would like to provide a statement about the character of Mr. José Carlos Grubisich, whom I have known personally and professionally for over 25 years.

I have known José Carlos since 1996 when we started working together in Brazil.  I was a promising young man with a lot to learn and prove in my career, and Grubisich was one of the main leaders in my career.  Much of what I learned and the opportunities I had I owe to him. In my moments of uncertainty and insecurity, I was lucky to have José Carlos by my side, not only as a boss, but as a mentor, teacher and example. Although I have always admired his career and the professional he is, over time, this admiration turned into a profound respect and a great friendship. As his friend, I had the pleasure of getting to know his family, his wife Kátia and their two children, Bruno and Bianca, observe their family environment and get to know the human being behind the top executive.

José Carlos comes from a relatively modest family in the countryside of the state of São Paulo. He lost his father quite early, and everything he achieved in life was anchored in his great work ethic, in his ability to overcome problems and in his talent in leading and inspiring people. José Carlos worked from an early age and only got his engineering degree through great sacrifice and by attending college at night.

Grubisich built a large part of his career in a French multinational in the chemical sector, which was considered as elite as to the origin and training of its professionals.  The fact that José Carlos was able to overcome the prejudices and barriers imposed on him in this type of environment serves as proof of his intellectual capacity, his character, his generosity and his positive personal impact on people.

Even after he became an important business leader, I always observed that José Carlos remained the same simple person, who treated everyone with equal respect and politeness, without ever losing his class. As he was accessible, present and known to all, even the simplest people in the company felt listened to, important, and that they did not fear approaching him.

The companies he has led over the years have always stood out for their extreme concern for the health, well-being and safety of their members and the community, in addition to their extreme respect for the environment. His corporate leadership and voice have always been undisputed examples in these respects, an example that has been followed by the industry. Several times, José Carlos has been recognized by numerous institutions, the Brazilian government, NGOs and even other countries, having received the order of the Knight of the Legion of Honor of France, for his social and educational work at the head of Alliance Française.

Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001
Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 133A-E7BA-4744-470E.



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 1099778264_9

| **Translation No.  75523** | **Book No.  868** | **Page No.  183** |
|---|---|---|

Grubisich has always been an extremely dedicated person to his family, his children, his mother and his country relatives. Despite all of his success, he has remained close to his origins and to his childhood friends.

As a former colleague, as a friend and as a Brazilian citizen, I believe that José Carlos Grubisich deserves your clemency and, given the opportunity, he shall continue to be a force for good for Brazilian society.

Having nothing further to add, respectfully,

LUIZ DE MENDONÇA

--------------------------------------------------------------------------------------------------------------------------
Translator's Note: Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.
--------------------------------------------------------------------------------------------------------------------------
NOTHING ELSE. *In witness whereof, I set hereunto my hand and seal.*

São Paulo, 05 de agosto de 2021

Characters No.: 2,444

Fees: R$ 244,55

Receipt No.: 75987

_____
Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001

Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 133A-E7BA-4744-470E.



### República Federativa do Brasil

## Célia Polacow Korn
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No.  75520 | Book No.  868 | Page No.  177 |
|---|---|---|

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

[Letterhead of **FUNDAÇÃO ABRINQ**]

### STATEMENT

**FUNDAÇÃO ABRINQ PELOS DIREITOS DA CRIANÇA E DO ADOLESCENTE,** enrolled with the National Corporate Taxpayer's Register of the Ministry of Finance (CNPJ/MF) under No. 38.894.796/0001-46, with head office at Rua Araguari, 835, 7th floor, Vila Nova Uberabinha, São Paulo/SP, Zip Code: 04514-041, is a non-profit entity, certified as a beneficiary of social assistance, instituted in 1990, whose main purpose, according to article 5 of its Bylaws is "the defense of the rights of children and adolescents, as defined in the Universal Declaration of Rights of the Child, promulgated by the United Nations Organization, by the relevant provisions of the Constitution of Brazil, by Law 8069, of 07/13/1990 (Statute of the Child and Adolescent) and other legal norms, being responsible for promoting the necessary actions so that these rights are effective and respected".

With thirty-one years of experience, since its creation, Fundação Abrinq develops and disseminates social programs and projects, influences the implementation and implementation of public policies, articulates partnerships to support the cause of children and adolescents, always seeking the support of all the social actors, understanding that the sum of efforts between Public and Private is fundamental to advance in the conquest of the rights of children and adolescents.

We state that Mr. José Carlos Grubisich, holder of identity Card RG No.            and enrolled with the Individual Taxpayers' Register (CPF) No.            was a Board Member of Fundação Abrinq during the period from 07/2006 to 07/2015, always performed his duties in a professional, ethical manner and with the highest excellence and technical excellence, demonstrating his assiduous interest and dedication to the proposed theme, providing us with discussions , reflections, and decision-making from a modern, innovative and contextualized perspective, thus contributing in the best possible way so that the social objectives of this entity are achieved with excellence, contributing to the following programs:

Prefeito Amigo da Criança Program (Child-friendly Mayor Program) (PPAC) – To mobilize, value and technically advise mayors who make children and adolescents a priority in municipal management, developing public policies and action plans aimed at defending and enforcing their rights. More than 5,000 mayors have already participated in the program.

Programa Presidente Amigo da Criança (Child-friendly President Program) (PAC) – This program seeks to establish a commitment between the federal government and civil society, so that they contribute to the achievement of goals and objectives that promote the rights of children and adolescents in Brazil, through integration, intersectoral approach, transparency and collaboration between the Government, states and municipalities, strengthening the dialogue between civil society and public authorities.

Programa Prêmio Criança (Child Award Program) (PPC) – This program identifies and recognizes good practices developed by companies and social organizations, giving visibility to successful initiatives.

Programa Nossas Crianças (Our Children Program) (PNC) – This program transfers financial resources to civil society organizations that provide direct and free assistance to children and adolescents between 0 and 18 years of age, who are in a situation of social vulnerability, as well as offering technical and administrative assistance for the purpose to strengthen them. It has already benefited more than 200,000 children.

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code F809-2791-C967-EC82.



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No.  75520 | Book No.  868 | Page No.  178 |
|---|---|---|

Programa Empresa Amiga da Criança (Child-Friendly Company Program) (PEAC) – This program engages companies to promote the rights of children and adolescents and carry out social actions for the benefit of this public. More than 600 companies participate in the program.

Programa Creche para Todas as Crianças (Nursery Program for All Children) (PCreche) – This program increases access to and advises on improving the quality of care in early childhood education units, with a view to the development of children. It has already benefited more than 50,000 children.

Projeto Escola no Campo (School in the Field Project) (PEC) – This program contributes to improving the quality of education in primary education in rural public schools and in the fight against child labor, which persists with great incidence in agricultural regions. It has already benefited more than 20,000 children.

Programa Adotei um Sorriso (I made Someone Smile Program) (PAS) – This program provides free access to oral health services for children and adolescents served by social organizations that are members of the program through volunteers. It has already benefited more than 200,000 children.

Through 31 years, Abrinq Foundation has benefited more than 8,800,000 children and adolescents in total.

He thus contributed in the best way possible so that the social objectives of this entity were achieved with excellence in the defense of rights and advice through programs and projects.

Regards,

São Paulo, June 9, 2021.

(sgd)

Synésio Batista da Costa
President
**Phone:** ██████ — **Mobile:** ██████ — **Whatsapp:** ██████
**Email:** ██████ - ██████ — **Line:** ██████
**WeChat:** ██████ — **Skype:** ██████ — **Telegram:** ██████

---------------------------------------------------------------------------------------------------------------------------
<u>Translator's Note:</u> Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.
---------------------------------------------------------------------------------------------------------------------------
NOTHING ELSE. *In witness whereof, I set hereunto my hand and seal.*
São Paulo, 05 de agosto de 2021
Characters No.: 1,426
Fees: R$ 142,69
Receipt No.: 75984

_____
Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001

Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code F809-2791-C967-EC82.



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| **Translation No. 74205** | **Book No. 847** | **Page No. 313** |
| --- | --- | --- |

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

I hereby intercede on behalf of Mr. José Carlos Grubisich. ("Mr. Grubisich"). I have known him since I was 15, and I know his character quite well. I started working on his farm in 2006 as a foreman, and I still work for his family. To me, he is a boss who has never acted as if he was superior and is extremely friendly. He's also an excellent person, and I was able to share some good times with him. This is why I truly admire and respect him; He helped with the renovations of Lar Vicentino by funding material and labor necessary so that I, Itamar Roberto de Paula, could carry out the renovation of the chapel at Lar Vicentino's branch in our town, and he has often helped our hospital by making countless contributions and providing prizes to help raise donations.

I have been working as a foreman for more than 17 years, and I have been through many workplaces, and I have had several bosses, but out of all of them, Mr. José Carlos Grubisich ("Mr. Grubisich") stood out for the way he treated me and helped me, and I can only thank him for having trusted my work and helped me provide a better life to my family.

I also witnessed the thoughtfulness and respect he had for his employees when I attended the commemorative parties that Mr. José Carlos Grubisich and his family held for their employees and gifted them; It was also made quite clear after so many years how much José Carlos Grubisich is loved by seeing the way his family and friends care for him. I also noticed how José Carlos Grubisich how much love and attention he dedicates to his mother, Mrs. Albertina; and I have also witnessed his zeal for his wife and children, always treating them with great love, affection and respect.

Therefore, I respectfully ask Your Honor to consider my recommendations, not only as a service provider, but also as a person who followed his days and his family routine and a witness to how much Mr. José Carlos Grubisich helped everyone who needed him.

Thank you so much for your consideration.

Respectfully,

Itamar Roberto de Paula

-------------------------------------------------------------------------------------------------------------------------------------

Translator's Note: Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.

-------------------------------------------------------------------------------------------------------------------------------------

NOTHING ELSE. *In witness whereof, I set hereunto my hand and seal.*

São Paulo, June 03, 2021

Characters No.: 1,285

Fees: R$ 128,58

Receipt No.: 74669

_____
Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001

Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 53D3-8A69-1B19-DFD7.



**República Federativa do Brasil**

## Célia Polacow Korn

Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No.  74212 | Book No.  847 | Page No.  324 |
|---|---|---|

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

To
The Honorable Judge Raymond J. Dearie

São Paulo, May 24, 2021

Re.: José Carlos Grubisich

Honorable Judge Dearie:

I met Mr. José Carlos Grubisich because of our professional relationship at Rhodia Agro.

We worked together from about 1987 to 1999. Mr. Grubisich, or José Carlos as I called him, was my direct boss when he was CEO of Rhodia Agro and I was Commercial and Marketing Director. Then he became head of the Agro, Veterinary, and Animal Nutrition division, and I became the CEO of Rhodia Agro. So, we both rose in our careers, and he remained my leader. In 1998, I was transferred to Rhodia Agro's headquarters in Lyon, France. Our contact from then on decreased substantially but continued until 1999 when Aventis was formed, and I left Rhodia.

José Carlos was always a responsible and diligent boss and leader who sought to achieve the company's objectives and results while respecting all moral and ethical limits of the company, his team members, and himself. I also highlight the social and environmental positions held by José Carlos while he was at the head of Rhodia Agro.

During the whole time we were together professionally, he always acted in line with and as a guardian of Rhodia's code of conduct and ethics. I have never witnessed or become aware, during the time we have worked together, of any act of José Carlos that was against the principles and values of the organization/company or against my own ethical and moral values.

In any situation that could indicate a potential conflict of interest, policy, or misuse of our products, we were always urged to follow Rhodia's code of conduct. A good example to illustrate this position is the case of the illegal use of one of Rhodia's main agrochemical products at that time. We identified that the product in question, originally for exclusively agricultural use, had a diversion of use to be illegally sold as a domestic rodenticide. It was a product for professional use, but, if used in the home environment, had the potential to cause a health hazard to the unprepared user. Immediately, with the support of the leadership, actions were taken to control the sale, restricting it only to selected distributors, who signed a term of responsibility for sales only to farmers or end users. Led by José Carlos, concerned mainly with the risk that this inappropriate use could bring to the health of the poorest population, adults and children, a strong program of dissemination and guidance was implemented. Several other actions were taken, such as: police investigation with criminal liability for offenders; training of distributors and support for teams that acted in inspection to prevent this use.

I also followed the performance of José Carlos as Chairman of the ANDEF Board, an entity that represented pesticide manufacturing companies, having always encouraged programs aimed at the correct use and safety in the application of phytosanitary products. Together with the ANDEF Board,

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 9554-50E0-1801-2ABC.



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No.  74212 | Book No.  847 | Page No.  325 |
|---|---|---|

José Carlos encouraged the creation of a program to deal with post-consumption empty agrochemical packaging. By replacing him in the company, I assumed his position in the ANDEF Board, continuing and supporting the project. This project resulted in the creation of inpEV, an organization that I currently run, a non-profit organization that manages the reverse logistics program for post-consumption empty packaging in Brazil. It is a program that makes a great contribution to the environment, health of people living in the countryside and a model of circular economy.

During the time we worked together in Brazil, I also got to know José Carlos and his family socially, including his wife, Katia, and their children, Bruno and Bianca. It was a very well-built and structured family from what I could see from our times together.

I conclude by confirming that during the period in which I lived socially and professionally with José Carlos, I never saw or was aware of any act of his that could indicate any deviation from ethical or moral conduct.

I hope that the information provided here will help you to consider the charges against José Carlos and grant him deserved clemency.

Best regards,

(sgd)
João Cesar Meneghel Rando

----------------------------------------------------------------------------------------------------------------------------
Translator's Note: Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.
----------------------------------------------------------------------------------------------------------------------------
NOTHING ELSE. *In witness whereof, I set hereunto my hand and seal.*
São Paulo, June 03, 2021
Characters No.: 3,119
Fees: R$ 312,09
Receipt No.: 74676

_____
Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001
Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 9554-50E0-1801-2ABC.

Exhibit 050

The Honorable Raymond J. Dearie

May 15, 2021

Re: Jose Carlos Grubisich

Dear Judge Dearie,

I submit this letter to support Jose Carlos Grubisich.

I got to know Jose Carlos in 1983 when I was only a child (age 3), at a time when his son Bruno was my best friend at kindergarden. We happened to live in the same apartment block, which led my parents to become close friends with him and his wife Katia. With the years passing and Jose Carlos professional moves to Portugal in the early 1990s and to Brazil a few years later, the friendship grew stronger and we often visited the Grubisich family in those two respective countries. We had become very close family friends. In a unique way, I would say that my friend was not just his son, but every single person in the family. We were so close that, already at a young age, both me and Bruno each came over for Christmas holidays visit each other in our respective countries. My parents were comfortable enough to send me to Brazil spend time with my « Brazilian family ». And now, for the past thirty years, my parents and I have been welcome to Brazil on countless occasions. Jose Carlos has welcome us with a sense of hospitality that has always been outstanding, making every visit very special, filled with timeless memories.

By all accounts, Jose Carlos life and professional career has been nothing short of spectacular and unique. What has been admirable to me, more than anything, having know him most of my life, is the fact that in spite of his stellar career and professional successes, that propelled him to positions of wealth and power, Jose Carlos has never forgotten where he came from and has stayed grounded. Despite the life of our two families taking very different trajectories, he has always kept treating me and my parents like family and never cut ties. He has shown unparalleled humility and loyalty. He never lost touch with his humble origins, and some of our best memories with him are without a doubt the last minute dinners that we would share with him at our home in Paris on our small corner table, cooking him his favourite French dishes, every time he would visit France for business.

For me, Jose Carlos has been a role model, and I know many more would say the same. I have seen him lead by example in the way he conducts his life and support his friends and family. I have always thought that he was a fair man : one that would support and help but would not hand you things without effort. Having gone through different hardships in my professional and personal life, I have found in him a guiding mentor and an inspiration. Jose Carlos would share with me his insight, his experience, his approach to problems and challenges. But it would be for me to resolve them, by my own work and effort. An example of his positive way of doing is when I was trying to get experience in investment banking, during my time in university. Jose Carlos was keen on supporting me, while leaving it up to me to prove that I was worthy of the help. He opened a door by connecting me to a senior banker at JPMorgan in New York, covering Latin American markets. Jose Carlos got me this privileged access, which ultimately led to my admission into the recruitment process of the JPMorgan summer internship programme in London. It was then up to me to secure the job. Jose Carlos got me that shot, but let me fight to get the job. He could have taught me that luck and privilege will get me everything ; instead he showed me that real achievement and success need to be obtained by resilience and hard

work. His ethos was never to get you to the finish line but to accompany you to make you a better and stronger person on the way to the end.

I count Jose Carlos of one of a few very bright minds I have had the chance to know or cross path with. Someone with a very sharp mind, intellectual drive, full of knowledge but at the same time craving others' opinions and insights on business, economics or politics. For example, he has always displayed great curiosity about French affairs, as a legacy of his years spent in France in the 80s and 00s, which fed many of our family conversations, every time we met in France or in Brazil.

We know Jose Carlos as a father, a friend, a generous man towards his loved ones. A person who enquires about the wellbeing of others. I have known him as a second father figure, a friend and a mentor. I have grown from a child to an adult around him and his family, from playing in sandbox as kids with Bruno and Bianca to holding his granddaughter ████ in my arms. I hereby would like to kindly request that Your Honor and the Court be lenient in the sentencing of José Carlos. Hopefully I will be able to continue building nice and positive memories with him, Katia, Bianca, ████, ████ and Bruno.

Respectfully,

Olivier Rollin

Exhibit 051



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No.  74219 | Book No.  847 | Page No.  332 |
|---|---|---|

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

The Honorable Judge Raymond J. Dearie

Ilhéus, State of Bahia, May 20, 2020

Re.: José Carlos Grubisich

Honorable Judge Dearie:

I have known José Carlos for 41 years. He is married to my sister Katia and used to go to my mother's house when he came on vacation. Always very happy, affectionate and helpful, he lived with us in a harmonious way, which made us always happy with his presence.

When he was in Ilhéus, he made our family gather even more in relaxed moments, with laughter and stories.

After my graduation, he was the first person who gave me a job opportunity by showing his willingness to help my family and me. Since then, José has always been present at the special moments and dates of my life.

As a brother-in-law, I am only grateful for having lived with him all these years. I am a witness to his battle, struggle and ascension as I often stayed at his house in São Paulo where I was very well received, and I saw his intense work routine in which he often left at dawn and only returned late at night.

José often served as a source of inspiration, showing us what it is to be a warrior, resilient in facing battles with his head held high, never forgetting his origins.

I was also able to perceive throughout this relationship the great husband, son, father, grandfather, brother, wonderful friend that José is.

In light of the above, I ask this Court for clemency/mercy in his sentencing.

Best regards,

(sgd)
Fabrício Daneu Rodrigues Pereira

-------------------------------------------------------------------------------------------------------------------------
Translator's Note: Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.
-------------------------------------------------------------------------------------------------------------------------
NOTHING ELSE. *In witness whereof, I set hereunto my hand and seal.*
São Paulo, June 03, 2021
Characters No.: 0,808
Fees: R$ 100,06
Receipt No.: 74683

_____
Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001
Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 9154-1410-33CE-EBB3.



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No.  75436 | Book No.  867 | Page No.  358 |
|---|---|---|

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

HONORABLE JUDGE RAYMOND J. DEARIE

Campo Grande, July 13, 2021

Honorable Judge Dearie:

I met JOSE CARLOS GRUBISICH in 2011 as a breeder and rural producer, attending the same places as national exhibitions and auctions; at that time, Jose Carlos was already a renowned business executive and established breeder of Nelore, the natural friendship extended to our children and wives, creating a special friendship and in the same intensity that it presents today. As a commercial partner (partnership in cows with high genetic content of the Nelore breed), I can say that we work together with one of the most serious and correct men we know in the market, which led to the success of our animals. I can mention known qualities of my friend Grubisich, but I say that my greatest appreciation for Jose Carlos went beyond that, it was in the teachings he always passed on to my children in opportunities that his time allowed, reaffirming my concepts about ethics, values and conduct, always cited to my children as an example to be followed. To be able to count on Jose Carlos as a most pleasant friend, adviser of the highest quality when it comes to business, and holder of one of the most admired biographies in the country makes us very proud. The lucidity and experience of 80 years of life and hard work allow us to say that Jose Carlos Grubisich has an extremely solid character, extended to his entire family, forged in the work and honesty of his activities.

Yours sincerely,

(sgd)
ALFREDO ZAMLUTTI JUNIOR

---------------------------------------------------------------------------------------------------------------------------
Translator's Note: Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.
---------------------------------------------------------------------------------------------------------------------------
NOTHING ELSE. *In witness whereof, I set hereunto my hand and seal.*
São Paulo, 03 de agosto de 2021
Characters No.: 0,757
Fees: R$ 100,06
Receipt No.: 75900

Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001
Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 8436-C18C-3891-469F.



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No.  74781 | Book No.  856 | Page No.  448 |

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

[Stamp of the Abbey of Our Lady of the Assumption of Hardehausen-Itatinga]

Itatinga, May 20, 2021

To the Honorable Judge Raymond J. Dearie

I would like to express to you my personal impressions of Mr. José Carlos Grubisich, who I have known since 2003. At that time, our Monastery hosted a Forum the purpose of which was to promote the human and economic development of the Municipality of Itatinga, in the State of São Paulo. Our objective was to contribute to local progress by bringing together contributions from representatives of different sectors of local society, through studies, debates and drawing up proposals and projects. Mr. José Carlos Grubisich, a well-known executive in large companies and a man with extensive experience in several areas, was invited to participate in the Forum precisely because of his professional qualities, but above all because he always showed interest in promoting the good of the local community where he was born and has his family roots. I learned to appreciate his human qualities and his desire to effectively help the community find ways to develop.

On another note, I can testify that he was always ready and willing to help in a concrete way, through cash donations to social assistance projects, as with his help to the city's asylum and the local hospital that is maintained by the community, as well as activities or projects of the Catholic Church in Itatinga. All of this characterizes him as a man of good will and deserving of gratitude and appreciation.

(sgd)

Dom Luis Alberto Ruas Santos O. Cist.

Prior Administrator of the Abbey of Our Lady of the Assumption of Hardehausen-Itatinga

-----------------------------------------------------------------------------------------------------------------------------------
Translator's Note: Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.
-----------------------------------------------------------------------------------------------------------------------------------
NOTHING ELSE. *In witness whereof, I set hereunto my hand and seal.*
São Paulo, 02 de julho de 2021
Characters Nº.: 1,725
Fees: R$ 140,50
Receipt No.: 75245

_____
Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001
Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 5DF5-13D4-582E-0FA1.

Exhibit 054

The Honorable Raymond J. Dearie

May 20, 2021

Dear Judge Dearie:

I have known Mr. Jose Carlos Grubisich for around ten years. We met a few times at the   Alliance Française in São Paulo, where Mr Grubisich was Chairman of the board.

Later we met more often in our quality of members of the Mercosul Board of a French company called Plastic Omnium, which had investments in MERCOSUL countries.

At the Alliance Fraçaise I was able to note the keen  interest of Mr Grubisich for cultural affairs as well as for Brazilian and French cooperation in this area.

At the Board of Plastic Omnium the participation of Mr Grubisich was appreciated for  his knowledge of the Brazilian economy and his experience in the private sector

Yours Sincerely,


                     Sergio Amaral

            Brazilian Ambassador to  the United States
                         From 2016 to 2019
            Former Minister of Industry and Trade of Brazil.

Exhibit 055



## República Federativa do Brasil

## Célia Polacow Korn
### Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No.  75543 | Book No.  868 | Page No.  256 |
|---|---|---|

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

Honorable Judge Raymond J. Dearie

The purpose of this letter is to share with Your Honor some of my experience with Jose Carlos Grubisich, what I have observed about his character and behavior during the years we worked together in Rhodia Brazil in the 1990s and early 2000s, and how much I appreciated the work relationship we had.

I met Jose Carlos at the beginning of his career at Rhodia. I followed his beginning in the Foreign Trade Department of one of the Company's Business Units. We had no direct working relationship at the time, but it was already apparent that this was a promising young man. He had a perfect command of other languages and quickly acquired great insight into the International Chemical Commodity Market on which several Rhodia businesses in Brazil depended on.

Even though it was not his objective obligation, he helped me a lot to understand the evolution of the Chemical Products Markets that were under my responsibility.

It was no surprise when he was considered for a promotion and an expatriation, which he did successfully.

His competence, dedication, effort, and results leveraged his career abroad and enabled him to return to Brazil already in a position as a Business Unit Director.

In this activity and, it should be said, in other subsequent ones, his character, dedication, organizational capacity, and extreme care for people and healthy and legal commercial relations were remarkable characteristics.

He was responsible for guiding and directing the careers of countless young Executives and for the correct use of more experienced and older Personnel, respecting the differences in vision of each generation.

Again, it was no surprise that he was elevated to the position of President of Rhodia Operations throughout Latin America. In this position he faced important challenges not only in ongoing business, but in continuing and deepening the care and correction of environmental issues, arising from industrial operations of previous decades, when care for the environment was not so present.

During his Management at Rhodia, mergers and business unit divestitures were carried out and, in all of them, his efforts to ensure respect for people, their legitimate rights and career continuity were always an important part of his performance.

Throughout his performance at Rhodia he imprinted attitudes and postures of respect that were, in my opinion, good and formative examples for the teams.

For some time, working in Rhodia France, where I was President of a worldwide Division, he was my Official liaison with Top Management at Headquarters, while I oversaw Rhodia Latin America. During this period Jose Carlos was extremely helpful in the defense and approval of productive and

_____
Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001
Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 7D6B-97D0-F54B-C690.



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| **Translation No.  75543** | **Book No.  868** | **Page No.  257** |
| --- | --- | --- |

environmental protection and safety investments, helping me a lot in convincing the hierarchies with power of approval.

If it fits a summary of my relationship and observation of Grubisich: Ethical, Competent, Dedicated, People-Oriented and Human Relations Person, Team-Builder.

Walter Cirillo
Brazilian, Business Administrator, 78 years old, Independent Consultant.

--------------------------------------------------------------------------------------------------------------------------------
<u>Translator's Note:</u> Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.
--------------------------------------------------------------------------------------------------------------------------------
NOTHING ELSE. *In witness whereof, I set hereunto my hand and seal.*
São Paulo, August 06, 2021
Characters No.: 2,964
Fees: R$ 296,58
Receipt No.: 76007

_____
Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001

Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 7D6B-97D0-F54B-C690.



**República Federativa do Brasil**

## Célia Polacow Korn
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 1099778 2649

| Translation No.  75433 | Book No.  867 | Page No.  354 |
|---|---|---|

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

[Handwritten Text]

Honorable Judge Raymond J. Dearie

I have been working for the Grubisich family for 9 years and in those 9 years we have had an excellent relationship with Mr.  José Grubisich.

My family and I have a great admiration and affection for him because we see him as a good, caring, cordial person, and very passionate about his family, besides being a person concerned about helping those in need. He helped me to build my own house and to purchase a vehicle to improve my family's mobility. He has shown a great interest in my daughter's education by offering her the opportunity to move to a big city where she would have a better life.

He has always taken an interest in our health and well-being.

For all that, I humbly ask for leniency in your order.

Yours faithfully,

Zenildo A Vieira

-------------------------------------------------------------------------------------------------------------------------------------
Translator's Note: Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.
-------------------------------------------------------------------------------------------------------------------------------------
NOTHING ELSE. *In witness whereof, I set hereunto my hand and seal.*
São Paulo, August 03, 2021
Characters No.: 1,021
Fees: R$ 102,16
Receipt No.: 75897

---

Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001

Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 34A7-3935-C556-DA37.

Exhibit 057



**República Federativa do Brasil**

## Célia Polacow Korn

Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 1099782649

| Translation No. 74278 | Book No. 849 | Page No. 183 |
|---|---|---|

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

Honorable Judge Raymond J. Dearie

5/28/2021

Re:

José Carlos Grubisich

Honorable Judge Dearie:

I write this letter in support of Mr. José Carlos Grubisich. I have known him for 31 years and I know his character well.

I met uncle José Carlos Grubisich when I was still a little girl. I consider myself his niece by heart. Uncle Zé, as we call him, is really affectionate, cheerful, has always been very intelligent, and an admirable uncle. I have always admired his character, his kindness, his professionalism. We are always together. A super family Uncle, who loves fishing, being with friends and family.

Throughout my life, uncle Zé has helped me with some job opportunities. I had the opportunity to work in the same group company as him. When I used to hear the employees praising his work, his professionalism, many wanting to follow his path, gee, how proud and lucky I felt to be able to live with and learn from him. When I had a problem with the birth of my son, he was there supporting me, willing to help me, always present and concerned about me. I feel very happy to know that my children can live with him.

I am very grateful to have him in my life.

I would like to request that Your Honor and the Court be lenient in sentencing José Carlos Grubisich.

Best regards,

Daniela Corassa

--------------------------------------------------------------------------------------------------------------------------------
Translator's Note: Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.
--------------------------------------------------------------------------------------------------------------------------------
NOTHING ELSE. *In witness whereof, I set hereunto my hand and seal.*
São Paulo, June 08, 2021
Characters No.: 1,440
Fees: R$ 144,09
Receipt No.: 74742

---

Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001
Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 2824-832E-C6C4-82D1.

Exhibit 058



## República Federativa do Brasil

### Célia Polacow Korn
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No.  75392 | Book No.  867 | Page No.  267 |
|---|---|---|

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

Honorable Judge Raymond J. Dearie

Dear Judge Dearie

I am writing this letter in support of my good friend Mr. José Carlos Grubisich, a person I know for more than 20 years and I have always admired him for his work capacity, honesty and family conduct where he has always been a good Husband, good Father and now being a wonderful Grandfather

Even though he was one of the best executives in Brazil, he was always very humble and kind to his
employees and friends.

I had the opportunity to meet him in the city of Ilhéus where we have a house very close to Mr. Grubisich.

What I admire most about José Carlos is his effort and work capacity. With a degree in Chemical Engineering and has always been a very hardworking person. He worked many years at Rhodia always in the right way
being highlighted even in France for his capacity. He never got involved in politics and grew up on his own merits
always in a very correct way.

I have a higher education company, Faculdade Madre Thais, where our mission is to train professionals in the area of
Human and Social Sciences of Health. Our website htp//faculdademadrethais.com.br.

Whenever Mr. José Carlos Grubisich was in Ilhéus he kindly came to give free lectures for the good of our students

Today the students miss this information brought by him about Brazil and the World very much. Therefore, Judge Dearie, I kindly ask you together with our students to consider Mr. José Carlos Grubisich
as a person of great qualities and that this court shows clemency in its decision because we miss Mr. José Carlos in our College.

Without further ado, I ask God and this court for Clemency

Isidoro Gesteira

-----------------------------------------------------------------------------------------------------------------------
Translator's Note: Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.
-----------------------------------------------------------------------------------------------------------------------
NOTHING ELSE. *In witness whereof, I set hereunto my hand and seal.*
São Paulo, August 02, 2021
Characters No.: 0,961
Fees: R$ 100,06
Receipt No.: 75856

Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001
Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code C898-F46A-EE44-2309.

Exhibit 059



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No.  75522 | Book No.  868 | Page No.  180 |

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

Honorable Judge Raymond J. Dearie

São Paulo, May 19, 2021.

Re. Mr. José Carlos Grubisich

Honorable Judge Dearie,

I write this letter in support of Mr. José Carlos Grubisich, who I have known for more than 40 years.

We were still very young when we were colleagues in a French multinational company where I worked for 16 years. We had the opportunity to work in sectors that belonged to the same Board for a few years, and during this period I had the opportunity to assist him in various secretarial services whenever it was necessary to replace his usual secretary.

After this period, I was able to follow his path in the company, both in Brazil and abroad, from a distance. When he returned to Brazil, already as CEO of the company, my functions as Public Relations were directly linked to the CEO and the Board of Directors of the company, and again we had the opportunity to come closer together professionally. I can affirm, with total tranquility, that throughout this interaction, Mr. Grubisich has always shown himself to be a good colleague and despite the hierarchy we maintained the same friendship as when we met, young people and beginners in the company.

In January 1995, looking for new challenges, I decided to leave the company and become an entrepreneur. I set up an event organization company and continued to provide services not only to the company's CEO and Board of Directors, but also to other departments.

A year later, I was entrusted with the launching and administration of a mansion owned by the company, which was used as a space for representation and promotion, and on this occasion, I was able to count on the confidence of Mr. Grubisich.

A year later, due to personal problems, I ended the partnership I had and went to talk to Mr. Grubisich. It was then that I received from Mr. Grubisich a great show of confidence and encouragement. He was categorical.

"Ioanna, you did the hardest thing which was to leave behind 16 years of working in this company. Today you have your work and your name recognized inside and outside of this company. I won't let you waste it all. Face it, start a company of your own, and I am sure you will succeed. I'll be here to support you." Thanks to that conversation, I took his advice and today my company has been around for over 20 years!

I am very grateful for the support and trust that Mr. Grubisich has always dedicated to me and my work. It is with pride and care that I have embraced the mission he entrusted to me on two occasions: the celebration of his daughter's 15th and 18th birthdays!

In all these years, even living at a distance, I always knew I could count on his support and advice.

Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001
Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 8F5C-94CE-BC4B-E220.



| | República Federativa do Brasil |
|---|---|
| | **Célia Polacow Korn** |
| | Tradutora Pública Juramentada e Intérprete Comercial |
| | Registrada na JUCESP sob Nº 719 - Idioma: Inglês |
| | RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649 |

| **Translation No.  75522** | **Book No.  868** | **Page No.  181** |
|---|---|---|

I am very grateful to him for his friendship.

In closing, I would like to ask Your Honor and the Court for your consideration.

Yours Truly,

Ioanna Tsanakaliotis Mendonça

--------------------------------------------------------------------------------------------------------------------------------
Translator's Note: Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.
--------------------------------------------------------------------------------------------------------------------------------
NOTHING ELSE. *In witness whereof, I set hereunto my hand and seal.*
São Paulo, 05 de agosto de 2021
Characters No.: 2,900
Fees: R$ 290,17
Receipt No.: 75986

_____
Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001
Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code 8F5C-94CE-BC4B-E220.

Exhibit 060



**República Federativa do Brasil**

**Célia Polacow Korn**
Tradutora Pública Juramentada e Intérprete Comercial

Registrada na JUCESP sob Nº 719 - Idioma: Inglês
RG: 5 642 327-5   CPF: 076 347 708-76   CCM : 9 022 076-5   INSS: 10997782649

| Translation No. 75542 | Book No. 868 | Page No. 255 |
|---|---|---|

I, the undersigned, a Public Sworn Translator and Commercial Interpreter, hereby certify and attest, for the due purposes, that on this date a document written in Portuguese was presented to me, which I translate into English as follows:

The Honorable Judge Raymond J. Dearie,

São Paulo, May 7, 2021.

Dear Judge Dearie,

I write this letter in support of Mr. José Carlos Grubisich; I have known him since the 90's and have always admired and respected him a lot.

My first contact with him was at Rhodia, where I worked for 15 years, and where he was a senior executive responsible for the Specialties Division.

During all the years we interacted in Rhodia he was always an exemplary leader for his high level of demand in all aspects, especially for his values linked to respect for teams, employee safety, relationship with society and ethical and moral standards.

I ran into him again in my career, in 2002, when he acted as CEO of Braskem and in this new opportunity I saw him acting as the company's major leader and I could witness several situations in which he could demonstrate his personal values as well as his permanent search for the development of people and search for excellence in all its aspects.

His way of acting marked my career very much and I have him as an example and model in my formation as an executive.

A special event happened in 2006 when in a reorganization of the company he chose a colleague for the position of deputy CEO of the Business Unit in which I was working. The position in question was a personal goal of mine and not being promoted represented a professional frustration. At that moment he was careful enough to invite me for a conversation at his residence and in a frank and very human conversation he took the time to talk about life and career taking care to understand my feelings and share his view of life and guide me, as he did with everyone. This sincere and unnecessary behavior for someone in his position was reproduced in the way he showed respect to everyone, regardless of position in the company, and reinforced my admiration for him.

Respectfully, I would like to ask that Your Honor consider my highest perception of José Carlos Grubisich's character and values and request that these considerations support a lenient ruling in his conviction.

Respectfully,

(sgd)
Rui Chammas

-------------------------------------------------------------------------------------------------------------------------------------
Translator's Note: Pursuant to DREI Normative Instruction No. 72 of December 19, 2019, certified translations can be done electronically using digital certification or other means enabling the unequivocal identification of the authorship and integrity of the documents.
-------------------------------------------------------------------------------------------------------------------------------------
NOTHING ELSE. *In witness whereof, I set hereunto my hand and seal.*
São Paulo, 05 de agosto de 2021
Characters No.: 1,347
Fees: R$ 134,78
Receipt No.: 76006

_____
Avenida São Gabriel, 201 – Conj. 1403 - Itaim Bibi - São Paulo – S.P. CEP: 01435-001

Tel/Fax: (11) 3078-4404/3073-0527 - E-mail: celia.korn@korntraducoes.com.br - Cel.: (11) 98254-3334 - Skype: korn.traducoes

This document was digitally signed by Celia Polacow Korn.
To verify the signature, please go to https://www.portaldeassinaturas.com.br:443 and code F24B-1581-EE89-8946.