# CRIMINAL MINUTE CALENDAR

**BEFORE JUDGE:** DEARIE, Raymond J.  **DATE:** 10/12/2021

**DOCKET NUMBER:** 19CR00102   **CASE TITLE:** USA V. GRUBISICH

**TOTAL TIME IN COURT:** 1 Hours 5 Minutes

**DEFENDANTS NAME** Jose Carlos Grubisich   **DEFENDANT #** 1
Present                                     **ON BAIL**
**DEFENSE COUNSEL** Edward Kim, Paul Shechtman, Henry Ross   **RETAINED COUNSEL**

**DEFENDANTS NAME**   **DEFENDANT #**

**DEFENSE COUNSEL**

**DEFENDANTS NAME**   **DEFENDANT #**

**DEFENSE COUNSEL**

**DEFENDANTS NAME**   **DEFENDANT #**

**DEFENSE COUNSEL**

**A.U.S.A.** Julia Nestor, Leila Babaeva, Lorinda Laryea, A   **Pretrial Officer**

**Probation Officer**   **Other**

**Case Manager/Magistrate Clerical** Catherine Greenidge

**Court Reporter/ESR Operator** Stacy Mace   **Tape Log**

**Interpreter**   **language**

**Type of Hearing**

Sentencing   ☐ Contested ☐ Non Evidentiary

☐ Contested ☐ Non Evidentiary

☐ Contested ☐ Non Evidentiary

☐ Contested ☐ Non Evidentiary

Hearing   ☐ Began  ☑ Held

Next Scheduled Hearing

_____ (*Type of Hearing*) scheduled before

Judge/Magistrate Judge_____

on _____ (*Date*) at _____ (*Time*) in Courtroom _____

**EXCLUDABLE DELAY CODE TYPE:**_____

**PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL START:**_____

**PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL STOP:**_____
*Docket Clerk Shall Enter Utility Event "Speedy Trial Excludable Delay-Start & Speedy Trial Excludable Delay-Stop*

**Do these minutes contain ruling(s) on Motion(s)?**   ☐ Yes   ☐ No

**Motion(s) Type and Document # of Motion Ruled On:**

Motion to/for_____   DE   Decision_____

Motion to/for_____   DE   Decision_____

Motion to/for_____   DE   Decision_____

Motion to/for_____   DE   Decision_____

**TEXT**:

**Statements of government, defense and defendant heard. Defendant sentenced on Counts One (1) and Two (2) of Indictment. (20) months Imprisonment for each count to be served concurrently. One (1) year supervised release. $200 Special Assessment. $1,000,000.00 Fine to be paid within 30 days. Open counts dismissed.  Defendant shall surrender at the institution designated by the BOP on 11/29/2021.**

**Appearance Continuation Sheet**

**DEFENDANTS NAME**_____DEFENDANT # ___

**DEFENSE COUNSEL**_____

**DEFENDANTS NAME**_____DEFENDANT #_____

**DEFENSE COUNSEL**_____

**DEFENDANTS NAME**_____DEFENDANT # ___

**DEFENSE COUNSEL**_____

**DEFENDANTS NAME**_____DEFENDANT # ___

**DEFENSE COUNSEL**_____

**DEFENDANTS NAME**_____DEFENDANT # ___

**DEFENSE COUNSEL**_____

**DEFENDANTS NAME**_____DEFENDANT # ___

**DEFENSE COUNSEL**_____

**DEFENDANTS NAME**_____DEFENDANT # ___

**DEFENSE COUNSEL**_____