UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
UNITED STATES OF AMERICA            :
:
                                    :     No. 19 Cr. 102 (RJD)
         v.                         :
                                    :
JOSE CARLOS GRUBISICH,              :
                                    :
                      Defendant.    :
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF MOTION FOR COMPASSIONATE RELEASE

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Defendant Mr. Jose Carlos Grubisich will move this Court, before the Honorable Raymond J. Dearie, United States District Judge, at the Theodore Roosevelt United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, for an Order reducing Mr. Grubisich's sentence to time served. Oral argument will be held on a date and at a time to be designated by the Court.

Dated:  February 16, 2022
        New York, New York

Respectfully submitted,

By: ____/s/ Edward Kim____

KRIEGER KIM & LEWIN LLP
500 Fifth Avenue, 34th Floor
New York, New York 10110
Tel.: (212) 390-9550
Edward.Kim@KKLllp.com
Henry.Ross@KKLllp.com

BRACEWELL LLP
1251 Avenue of the Americas, 49th Floor
New York, New York 10020
Tel.: (212) 508-6100
Paul.Shechtman@Bracewell.com

*Attorneys for Jose Carlos Grubisich*