

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AES
F.#2019R00102

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 19, 2022

By ECF
The Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   United States v. Jose Carlos Grubisich
               Criminal Docket No. 19-102 (RJD)

Dear Judge Dearie:

      The parties jointly file this letter pursuant to the Court's July 13, 2022 order for a further update on the status of the defendant's application to the International Prisoner Transfer Program. As set forth in our initial status update on July 8, 2022 (see Dkt. No. 120), the Department of Justice, Office of International Affairs ("OIA") had requested that a consent verification hearing ("CVH") be scheduled. The CVH was held last Friday afternoon, July 15, 2022, before the Honorable William I. Arbuckle, III, a magistrate judge in the Middle District of Pennsylvania. Judge Arbuckle confirmed the defendant's consent to be transferred, and subsequently conveyed that verification to OIA. Yesterday, on July 18, 2022, OIA notified the relevant authorities in Brazil and at the Bureau of Prisons ("BOP") of the CVH and the verification. The final step in the process is for the Brazilian authorities to contact the BOP to arrange the details of the transfer.

                                                Respectfully Submitted,

LORINDA I. LARYEA                               BREON PEACE
Acting Chief, Fraud Section                   United States Attorney
Criminal Division, DOJ

By: /s/                                              By: /s/
   Leila Babaeva                                 Alixandra Smith
   Trial Attorney                                 Assistant U.S. Attorney
                                                  (718) 254-6370

cc:   Clerk of Court (RJD) (by ECF)
       Defense counsel (by ECF)